```
 1  COOLEY GODWARD KRONISH LLP
    GREGORY C. TENHOFF (154553)
 2  LISA BARNETT SWEEN (191155)
    ELIZA HOARD (238276)
 3  Five Palo Alto Square
    3000 El Camino Real
 4  Palo Alto, CA  94306-2155
    Telephone:    (650) 843-5000
 5  Facsimile:    (650) 849-7400

 6  Attorneys for Defendants
    VAXGEN, INC. and LISA BROOKS
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIA RAZBAN, <br><br> Plaintiff, <br><br> v. <br><br> VAXGEN, INC., a Delaware corporation, LISA BROOKS, and DOES 1 through 50, inclusive, <br><br> Defendants. | No. <br><br> San Mateo County Superior Court Case No. CIV 460333 <br><br> **DEFENDANTS VAXGEN, INC. AND LISA BROOKS' DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** <br><br> Complaint Filed:        January 19, 2007 <br> First Am. Complt. Filed:   May 15, 2007 <br> First Am. Complt. Served: June 1, 2007 <br> Answer Filed/Served:      June 13, 2007 |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendants VaxGen, Inc. and Lisa Brooks, certifies that to the best of our current knowledge, other than the named parties, the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Defendants' Insurer, National Union Fire Insurance Company of Pittsburgh, PA, may provide coverage for certain claims in this action. National Union Fire Insurance Company of

1  Pittsburgh, PA is wholly owned by American International Group, Inc., a publicly held
2  corporation listed on the New York Stock Exchange.
3  Dated: June 14, 2007                              COOLEY GODWARD KRONISH LLP

By: _____
       Lisa Barnett Sween

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

1042847/SF

DEFENDANTS' DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS                -2-