COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
LISA BARNETT SWEEN (191155)
ELIZA HOARD (238276)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIA RAZBAN,<br><br>  Plaintiff,<br><br> v.<br><br>VAXGEN, INC., a Delaware corporation, LISA BROOKS, and DOES 1 through 50, inclusive,<br><br>  Defendants. | No.<br><br>San Mateo County Superior Court Case No. CIV 460333<br><br>**PROOF OF SERVICE BY MAIL RE: NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(B) AND SUPPORTING DOCUMENTS**<br><br>Complaint Filed:       January 19, 2007<br>First Am. Complt. Filed:   May 15, 2007<br>First Am. Complt. Served:  June 1, 2007<br>Answer Filed/Served:    June 13, 2007 |

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below I served the documents described below in the manner described below:

//

//

**PROOF OF SERVICE BY MAIL RE: NOTICE OF REMOVAL & SUPPORTING DOCUMENTS**             -1-

|   |   |   |
|---|---|---|
| 1. | | **CIVIL COVER SHEET** |
| 2. | | **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(B)** |
| 3. | | **DEFENDANTS VAXGEN, INC. AND LISA BROOKS' DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

Ira Leshin, Esq.
LAW OFFICES OF IRA LESHIN
220 Sansome Street, 6th Floor
San Francisco, CA 94104
Tel: (415) 398-3950
Fax: (415) 398-1567
email: lesdin@aol.com

Executed on June 14, 2007, at San Francisco, California.

*Kathy A. Eudaley*
Kathy A. Eudaley

PROOF OF SERVICE BY MAIL RE: NOTICE OF REMOVAL & SUPPORTING DOCUMENTS                     -2-