1  COOLEY GODWARD KRONISH LLP
   GREGORY C. TENHOFF (154553)
2  LISA BARNETT SWEEN (191155)
   ELIZA HOARD (238276)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA  94306-2155
   Telephone:     (650) 843-5000
5  Facsimile:     (650) 849-7400

6  Attorneys for Defendants
   VAXGEN, INC. and LISA BROOKS
7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 ARIA RAZBAN,                         | No.   C 07-3136 JL

12              Plaintiff,              | San Mateo County Superior Court
                                        | Case No. CIV 460333
13      v.
                                        | **NOTICE TO PLAINTIFF OF REMOVAL OF
14 VAXGEN, INC., a Delaware corporation,| CIVIL ACTION TO THE UNITED STATES
   LISA BROOKS, and DOES 1 through 50,  | DISTRICT COURT**
15 inclusive,
                                        | Complaint Filed:       January 19, 2007
16              Defendants.             | First Am. Complt. Filed:   May 15, 2007
                                        | First Am. Complt. Served:  June 1, 2007
17                                      | Answer Filed/Served:     June 13, 2007

18       **TO PLAINTIFF ARIA RAZBAN AND HER ATTORNEY OF RECORD:**

19       **PLEASE TAKE NOTICE** that on June 14, 2007, Defendants VaxGen, Inc. and Lisa Brooks

20  filed a Notice of Removal of this action in the United States District Court for the Northern

21  District of California.  This Notice of Removal removes the above-captioned matter from the

22  Superior Court of California, San Mateo to the United States District Court for the Northern

23  District of California.

24  Dated: June 14, 2007

25                                      COOLEY GODWARD KRONISH LLP

26                                      By: _____
                                               Lisa Barnett Sween
27
                                        Attorneys for Defendants
28                                      VAXGEN, INC. and LISA BROOKS

1042445/SF

**NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**                -1-

**PROOF OF SERVICE**
**(FRCP 5)**

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. My e-mail address is keudaley@cooley.com. On the date set forth below I served the document described below in the manner described below:

**NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**

☒ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ **(BY MESSENGER SERVICE)** by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

☐ **(BY ELECTRONIC MAIL)** I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

//

//

//

1042445 v1/SF

-2-

1

2

Ira Leshin, Esq.
LAW OFFICES OF IRA LESHIN
220 Sansome Street, 6th Floor
San Francisco, CA 94104
Tel: (415) 398-3950
Fax: (415) 398-1567
email: lesdin@aol.com

3

4

5

Executed on June 14, 2007, at San Francisco, California.

6

7

8

Kathy A. Eudaley

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-