COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
LISA BARNETT SWEEN (191155)
ELIZA HOARD (238276)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIA RAZBAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VAXGEN, INC., a Delaware corporation, LISA BROOKS, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No. C 07-3136 JL<br><br>San Mateo County Superior Court Case No. CIV 460333<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT AND RELATED PAPERS**<br><br>Complaint Filed:　　January 19, 2007<br>First Am. Complt. Filed:　May 15, 2007<br>First Am. Complt. Served:　June 1, 2007<br>Answer Filed/Served:　June 13, 2007 |

I, Kathy Eudaley, certify and declare as follows:

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. My e-mail address is keudaley@cooley.com. On June 14, 2007, I served the documents described below in the manner described below:

Case 3:07-cv-03136-JL   Document 6   Filed 06/14/2007   Page 2 of 3

1. **NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT;**

2. **NOTICE TO SUPERIOR COURT OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT (W/ ATTACHED NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(B) FILED WITH THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA ON JUNE 14, 2007);**

3. **DEFENDANTS VAXGEN, INC. AND LISA BROOKS' DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16;**

4. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL [HON. JAMES LARSON];**

5. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

6. **NOTICE ENTITLED "WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO";**

7. **NOTICE RE: MAGISTRATE JUDGE JAMES LARSON'S PROCEDURES;**

8. **ECF REGISTRATION INFORMATION HANDOUT – U.S. DISTRICT COURT NORTHERN CALIFORNIA;**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

[ ] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT AND RELATED PAPERSERS                -2-

| | |
|---|---|
| 1 | Ira Leshin, Esq. |
| 2 | LAW OFFICES OF IRA LESHIN<br>220 Sansome Street, 6th Floor |
| 3 | San Francisco, CA 94104<br>Tel: (415) 398-3950 |
| 4 | Fax: (415) 398-1567<br>email: lesdin@aol.com |
| 5 | Executed on June 14, 2007, at San Francisco, California. |

_____
Kathy A. Eudaley

1043792 v1/SF

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES
OF REMOVAL TO FEDERAL COURT AND RELATED PAPERSERS                                    -3-