LAW OFFICES OF IRA LESHIN
IRA LESHIN (139768)
220 Sansome Street, 6th Floor
San Francisco, CA 94104
Telephone:    (415) 398-3950
Facsimile:    (415) 398-1567

Attorney for Plaintiff
ARIA RAZBAN

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
LISA BARNETT SWEEN (191155)
ELIZA HOARD (238276)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARIA RAZBAN, | No. C 07-03136 JL |
|---|---|
| Plaintiff, | **JOINT ADR CERTIFICATION BY PARTIES AND COUNSEL; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| VAXGEN, INC., a Delaware corporation, LISA BROOKS, and DOES 1 through 50, inclusive, | Complaint Filed:       January 19, 2007<br>First Am. Complt. Filed:   May 15, 2007<br>First Am. Complt. Served: June 1, 2007<br>Answer Filed/Served:    June 13, 2007 |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), the plaintiff Aria Razban and her attorney, and the defendants VaxGen, Inc. and Lisa Brooks and their attorneys, hereby certify that they have:

JOINT ADR CERTIFICATION BY PARTIES AND COUNSEL;
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS - CASE NO. C 07-03136 JL                    1.

IRA LESHIA LAW OFFICE   Fax:415-398-1567           Aug 29 2007  17:05        P.04
Aug-29-2007  01:58pm   From-COOLEY GODWARD LLP           +18        T-708  P 004/031  F-305

1  (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

The parties and their attorneys have agreed to participate in the following ADR process: Early Neutral Evaluation ("ENE") pursuant to ADR Local Rule 5. The parties agree to hold the ADR session(s) by the presumptive deadline (90 days from the date of the order referring the case to an ADR process unless otherwise ordered).

Dated: August __, 2007

Plaintiff ARIA RAZBAN

LAW OFFICES OF IRA LESHIN

Dated: August 29, 2007

Ira Leshin

Attorney for Plaintiff
ARIA RAZBAN

//
//
//
//
//
//
//
//
//

JOINT ADR CERTIFICATION BY PARTIES AND COUNSEL;
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS - CASE NO. C 07-03136 JL            2.

08/29/2007 WED 16:53 [TX/RX NO 7253] ☑004

IRA LESHIA LAW OFFICE  Fax:415-398-1567       Aug 29 2007  17:05       P.03
Aug 29 07 04:50p    Razban                    408-693-3943              p.1
IRA LESHIA LAW OFFICE  Fax:415-398-1567        Aug 29 2007  17:01       P.01
Aug-29-2007  01:58pm  From-COOLEY GODWARD LLP                +16        T-708  P 004/031  F-385

1      (1)    Read the handbook entitled "Dispute Resolution Procedures in the Northern
2  District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;
3      (2)    Discussed the available dispute resolution options provided by the Court and
4  private entities; and
5      (3)    Considered whether this case might benefit from any of the available dispute
6  resolution options.
7      The parties and their attorneys have agreed to participate in the following ADR process:
8  Early Neutral Evaluation ("ENE") pursuant to ADR Local Rule 5. The parties agree to hold the
9  ADR session(s) by the presumptive deadline (90 days from the date of the order referring the case
10 to an ADR process unless otherwise ordered).

12 Dated: August 27, 2007                          _____
                                                   Plaintiff ARIA RAZBAN

14                                                 LAW OFFICES OF IRA LESHIN

16 Dated: August 29, 2007                          _____
                                                   Ira Leshin

17                                                 Attorney for Plaintiff
                                                   ARIA RAZBAN

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

JOINT ADR CERTIFICATION BY PARTIES AND COUNSEL;
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS - CASE NO. C 07-03136 JL                2.

08/29/2007 WED 16:53 [TX/RX NO 7253] 003

Dated: August __, 2007

_____
Defendant VAXGEN, INC.

Dated: August __, 2007

_____
Defendant LISA BROOKS

COOLEY GODWARD KRONISH LLP

Dated: August 29, 2007

*/s/ Eliza Hoard*
_____
Eliza Hoard

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral Evaluation. The deadline for the ADR session(s) is 90 days from the date of this order.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE

1050746 v1/SF

1  Dated: August 29, 2007            _____
2                                    Defendant VAXGEN, INC.
3

4  Dated: August __, 2007            _____
5                                    Defendant LISA BROOKS

6                                    COOLEY GODWARD KRONISH LLP
7

8  Dated: August __, 2007            _____
9                                    Eliza Hoard

10                                   Attorneys for Defendants
                                     VAXGEN, INC. and LISA BROOKS
11

12

13

14                          **[PROPOSED] ORDER**

15      Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral

16 Evaluation. The deadline for the ADR session(s) is 90 days from the date of this order.

17      IT IS SO ORDERED.

18

19
   Dated: _____
20                                   _____
                                     UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27  1050746 v1/SF
28

JOINT ADR CERTIFICATION BY PARTIES AND COUNSEL;
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS - CASE NO. C 07-03136 JL        3.

| | |
|---|---|
| Dated: August __, 2007 | _____<br>Defendant VAXGEN, INC. |
| Dated: August 28, 2007 | _____/s/ Lisa K Brooks_____<br>Defendant LISA BROOKS |
| | COOLEY GODWARD KRONISH LLP |
| Dated: August __, 2007 | _____<br>Eliza Hoard<br><br>Attorneys for Defendants<br>VAXGEN, INC. and LISA BROOKS |

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral Evaluation. The deadline for the ADR session(s) is 90 days from the date of this order.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE

1050746 v1/SF

JOINT ADR CERTIFICATION BY PARTIES AND COUNSEL;

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. My e-mail address is keudaley@cooley.com. On the date set forth below I served the documents described below in the manner described below:

**JOINT ADR CERTIFICATION BY PARTIES AND COUNSEL; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

[ ] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

//
//
//
//

on the following parties in this action:

    Ira Leshin, Esq.
    LAW OFFICES OF IRA LESHIN
    220 Sansome Street, 6th Floor
    San Francisco, CA 94104
    Tel: (415) 398-3950
    Fax: (415) 398-1567
    email: iraleshin@aol.com

Executed on August 29, 2007, at San Francisco, California.

_____
Kathy A. Eudaley

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1043775 v1/SF

2.