```
COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
LISA BARNETT SWEEN (191155)
ELIZA HOARD (238276)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIA RAZBAN,<br><br>        Plaintiff,<br><br>v.<br><br>VAXGEN, INC., a Delaware corporation, LISA BROOKS, and DOES 1 through 50, inclusive,<br><br>        Defendants. | No. C 07-03136 JL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Complaint Filed:    January 19, 2007<br>First Am. Complt. Filed:    May 15, 2007<br>First Am. Complt. Served:   June 1, 2007<br>Answer Filed/Served:   June 13, 2007 |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

      In accordance with the provisions of Title 28 United States Code Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 12, 2007

COOLEY GODWARD KRONISH LLP

By: _____
     Lisa Barnett Sween
Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE  - CASE NO. C 07-03136 JL    -1
1050727 v1/SF

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. My e-mail address is keudaley@cooley.com. On the date set forth below I served the documents described below in the manner described below:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

[X]  (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ]  (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ]  (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ]  (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

[ ]  (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

//
//
//
//

1  on the following parties in this action:

2     Ira Leshin, Esq.
      LAW OFFICES OF IRA LESHIN
3     220 Sansome Street, 6th Floor
      San Francisco, CA 94104
4     Tel: (415) 398-3950
      Fax: (415) 398-1567
5     email: iraleshin@aol.com

6  Executed on September 12, 2007, at San Francisco, California.

7

8                                            _____
9                                                Kathy A. Eudaley

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28