## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:36-10:39 (3 min)
Date: **September 19, 2007**

Case No: **C07-3136 JL**

Case Name: **Aria Razbanl v. Vaxgen, Inc., et al**

Plaintiff  Attorney(s):Kim Dingel for Ira Leshin
Defendant Attorney(s):Gregory Tenhoff
Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**.Case referred to ADR for ENE
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  []  Court
**Case continued to:** 1-23-08 @ 10:30 a.m. for fur CMC. Counsel to submit updated statement.

**PRETRIAL SCHEDULE:**
Discovery cutoff: **Court adopted pltf's proposed schedule.**
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
        [ ] Jury  [ ]  Court


Notes:



cc: Venice, Kathleen, ADR