IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Aria Razban

|  |  |
|---|---|
| Plaintiff(s), | ) ) ) |
| v. | ) |
| Vax gen, Inc., et al | ) ) |
| Defendant(s). | ) ) |

No.: C- 07- 3136    JL

CONSENT TO PROCEED BEFORE A
<u>UNITED STATES MAGISTRATE JUDGE</u>

<u>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE</u>

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), party[ies] to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____
Attorney for Plaintiff

Dated:  09-19-07

_____
Attorney for Defendant