LAW OFFICES OF IRA LESHIN
IRA LESHIN (139768)
200 Sansome Street, 6th Floor
San Francisco, CA 94104
Telephone:   (415) 398-3950
Facsimile:    (415) 398-1567

Attorney for Plaintiff
ARIA RAZBAN

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
LISA BARNETT SWEEN (191155)
ELIZA HOARD (238276)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ARIA RAZBAN, | No. C 07-03136 JL |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND THE ENE DEADLINE FROM 12/18/07 UNTIL 02/08/08 |
| v. | |
| VAXGEN, INC., a Delaware corporation, LISA BROOKS, and DOES 1 through 50, inclusive, | |
| Defendants. | |

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE ENE DEADLINE DATE - CASE NO. C 07-03136 JL      1.

1  Plaintiff, Aria Razban, by and through her attorney of record, Ira Leshin, and Defendants, VAXGEN, INC. AND LISA BROOKS, by and through their attorneys of record, Gregory C. Tenhoff, of the law offices of COOLEY GODWARD KRONISH, LLP, hereby agree and stipulate to an extension of the ENE deadline from 12/18/07 until 02/08/08 in the above entitled action. Good cause exists to continue the ENE deadline date, because the parties need additional time to complete necessary discovery prior to the ENE session, so that the ENE can be useful and productive for both sides. Currently, day 2 of the plaintiff's deposition is scheduled for January 16, 2008, and can be set no sooner because of the plaintiff's poor health and because of the availability of counsel. Defendant Lisa Brooks' deposition shall be taken after the plaintiff's deposition is completed, before the end of January 2008. The court appointed, ENE Evaluator, Lynne C. Hermle has agreed to reschedule the ENE session to 02/04/08 at 1:00 pm.

Therefore, the parties seek an Order from the Court granting an extension of the ENE deadline date from 12/18/07 until 02/08/08.

Dated: December 19, 2007

LAW OFFICES OF IRA LESHIN

By: _____
     Ira Leshin

Attorney for Plaintiff ARIA RAZBAN

Dated: December 26, 2007

COOLEY GODWARD KRONISH LLP

By: _____
     Gregory C. Tenhoff

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

IT IS SO ORDERED.

Dated: 12-28-07

_____
Honorable James Larson
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE ENE DEADLINE DATE - CASE NO. C 07-03136 JL          2.