## CIVIL MINUTES

**Chief Magistrate Judge James Larson**           FTR 10:35-10:38 (3 min)
Date: **January 23, 2008**

Case No: **C07-3136 JL**

Case Name: **Aria Razbanl v. Vaxgen, Inc., et al**

Plaintiff Attorney(s): Ira Leshin
Defendant Attorney(s): Lisa Sween
Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                             **RULING:**
1.
2.
3.
4.
[ X] Fur Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**.Counsel to contact Court after 2-4-08 ENE to set up joint conference call.
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**


**PRETRIAL SCHEDULE:**
Discovery cutoff: **Court adopted pltf's proposed schedule.**
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
        [ ] Jury  [ ]  Court


Notes:


cc: Venice, Kathleen, ADR