# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Razban<br><br>             Plaintiff(s),<br><br>     v.<br><br>Vaxgen, Inc.<br><br>             Defendant(s). | No. C 07-03136 JL ENE<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held an ENE session on **February 4, 2008.**

2. Did the case settle?     **No.**

3. If the case did not settle fully, is any follow-up contemplated?

    **X** another session scheduled for **March 21 or April 1, 2008**

    **X** phone discussions were expected by **February 6, 2008**

**4.    IS THIS ADR PROCESS COMPLETED?       No.**

Dated:    February 7, 2008            /s/
                                                      **Evaluator**, **Lynne C. Hermle**
                                                      Orrick Herrington & Sutcliffe
                                                      1020 Marsh Road
                                                      Menlo Park, CA 94025

**Certification of ADR Session**
07-03136 JL ENE