LAW OFFICES OF IRA LESHIN
IRA LESHIN (139768)
200 Sansome Street, 6th Floor
San Francisco, CA 94104
Telephone:   (415) 398-3950
Facsimile:   (415) 398-1567

Attorney for Plaintiff
ARIA RAZBAN

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
LISA BARNETT SWEEN (191155)
ELIZA HOARD (238276)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ARIA RAZBAN, | No. C 07-03136 JL |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DISCOVERY CUTOFF; NONOPPOSITION TO INDEPENDENT MENTAL EXAMINATION; AND PLAINTIFF'S AUTHORIZATION TO RELEASE MEDICAL RECORDS ; [PROPOSED] ORDER** |
| v. | |
| VAXGEN, INC., a Delaware corporation, LISA BROOKS, and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed:      January 19, 2007<br>First Am. Complt. Filed:   May 15, 2007<br>First Am. Complt. Served:  June 1, 2007<br>Answer Filed/Served:    June 13, 2007 |

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER CASE NO. C 07-03136 JL                                  1.

1  Pursuant to Rule 29 of the Federal Rules of Civil Procedure, Plaintiff Aria Razban and
2  Defendants VaxGen, Inc. and Lisa Brooks (collectively, "Defendants"), through their counsel of
3  record, hereby stipulate to extend the non-expert discovery deadline from April 1, 2008 to July 1,
4  2008.

5  Plaintiff further stipulates that: (1) She will not oppose any motion filed by Defendants
6  pursuant to Rule 35(a) of the Federal Rules of Civil Procedure; (2) She will execute valid
7  authorization forms permitting Kaiser (located at 2238 Geary Blvd., San Francisco, CA, 94115)
8  to release to Plaintiff's counsel medical records relating to the claims, injuries and/or illnesses at
9  issue in this action, and thereafter Plaintiff's counsel will promptly produce any of the above-
10 described documents to Defendants, with the exception of documents that are legitimately
11 withheld on grounds of lack of relevancy (which documents Plaintiff's counsel shall identify to
12 Defendants in writing, including the grounds for withholding any such documents); and (3)
13 Plaintiff will execute valid authorization forms permitting the medical providers and/or medical
14 facilities identified below to release to Defendants her medical records relating to the claims,
15 injuries and/or illnesses at issue in this action pursuant to subpoena:

- Dr. Raymond Zablotny, M.D., The Permanente Medical Group, Inc., Psychiatry, 4141 Geary Blvd., San Francisco, CA, 94118, 415-833-2292;
- Deacon McNeil, St. Dominic's Church, 2390 Bush St., San Francisco, CA, 94115;
- Ellan Brown, 1902 Webster #402, San Francisco, CA, 94115; and
- Dr. Clinton Young, 2100 Webster #423, San Francisco, CA, 94115.

IT IS SO STIPULATED:

Dated: March 12, 2008

LAW OFFICES OF IRA LESHIN

By: _____
Ira Leshin

Attorney for Plaintiff ARIA RAZBAN

Dated: March 12, 2008

COOLEY GODWARD KRONISH LLP

By: /s/ Lisa Barnett Sween
Lisa Barnett Sween

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

**IT IS SO ORDERED:**

Dated: _____, 2008

_____
Honorable James Larson
United States Magistrate Judge

1077424 v2/SF