| | |
|---|---|
| 1 | LAW OFFICES OF IRA LESHIN |
| | IRA LESHIN (139768) |
| 2 | 200 Sansome Street, 6th Floor |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 398-3950 |
| | Facsimile: (415) 398-1567 |
| 4 | |
| | Attorney for Plaintiff |
| 5 | ARIA RAZBAN |
| | |
| 6 | COOLEY GODWARD KRONISH LLP |
| | GREGORY C. TENHOFF (154553) |
| 7 | LISA BARNETT SWEEN (191155) |
| | ELIZA HOARD (238276) |
| 8 | Five Palo Alto Square |
| | 3000 El Camino Real |
| 9 | Palo Alto, CA 94306-2155 |
| | Telephone: (650) 843-5000 |
| 10 | Facsimile: (650) 849-7400 |
| | |
| 11 | Attorneys for Defendants |
| | VAXGEN, INC. and LISA BROOKS |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIA RAZBAN, | No. C 07-03136 JL |
| Plaintiff, | STIPULATION TO EXTEND DISCOVERY CUTOFF; NONOPPOSITION TO INDEPENDENT MENTAL EXAMINATION; AND PLAINTIFF'S AUTHORIZATION TO RELEASE MEDICAL RECORDS; [~~PROPOSED~~] ORDER |
| v. | |
| VAXGEN, INC., a Delaware corporation, LISA BROOKS, and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed: January 19, 2007 |
| | First Am. Complt. Filed: May 15, 2007 |
| | First Am. Complt. Served: June 1, 2007 |
| | Answer Filed/Served: June 13, 2007 |

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER CASE NO. C 07-03136 JL                    1.

1    Pursuant to Rule 29 of the Federal Rules of Civil Procedure, Plaintiff Aria Razban and Defendants VaxGen, Inc. and Lisa Brooks (collectively, "Defendants"), through their counsel of record, hereby stipulate to extend the non-expert discovery deadline from April 1, 2008 to July 1, 2008.

Plaintiff further stipulates that: (1) She will not oppose any motion filed by Defendants pursuant to Rule 35(a) of the Federal Rules of Civil Procedure; (2) She will execute valid authorization forms permitting Kaiser (located at 2238 Geary Blvd., San Francisco, CA, 94115) to release to Plaintiff's counsel medical records relating to the claims, injuries and/or illnesses at issue in this action, and thereafter Plaintiff's counsel will promptly produce any of the above-described documents to Defendants, with the exception of documents that are legitimately withheld on grounds of lack of relevancy (which documents Plaintiff's counsel shall identify to Defendants in writing, including the grounds for withholding any such documents); and (3) Plaintiff will execute valid authorization forms permitting the medical providers and/or medical facilities identified below to release to Defendants her medical records relating to the claims, injuries and/or illnesses at issue in this action pursuant to subpoena:

- Dr. Raymond Zablotny, M.D., The Permanente Medical Group, Inc., Psychiatry, 4141 Geary Blvd., San Francisco, CA, 94118, 415-833-2292;
- Deacon McNeil, St. Dominic's Church, 2390 Bush St., San Francisco, CA, 94115;
- Ellan Brown, 1902 Webster #402, San Francisco, CA, 94115; and
- Dr. Clinton Young, 2100 Webster #423, San Francisco, CA, 94115.

IT IS SO STIPULATED:

Dated: March 12, 2008

LAW OFFICES OF IRA LESHIN

By: _____
Ira Leshin

Attorney for Plaintiff ARIA RAZBAN

1

Dated: March 12, 2008                    COOLEY GODWARD KRONISH LLP

2

3                                         By: _____
                                                 Lisa Barnett Sween
4
                                          Attorneys for Defendants
5                                         VAXGEN, INC. and LISA BROOKS

6      **IT IS SO ORDERED:**

7      Dated: ____3-20_____, 2008    _____
                                          Honorable James Larson
8                                         United States Magistrate Judge

9

...

25     1077424 v2/SF

...

STIPULATION AND [PROPOSED] ORDER CASE NO. C 07-03136 JL                              3.