1  COOLEY GODWARD KRONISH LLP
   GREGORY C. TENHOFF (154553)
2  LISA BARNETT SWEEN (191155)
   ELIZA HOARD (238276)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA 94306-2155
   Telephone:    (650) 843-5000
5  Facsimile:    (650) 849-7400

6  Attorneys for Defendants
   VAXGEN, INC. and LISA BROOKS

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11  ARIA RAZBAN,                        No. C 07-03136 JL

12          Plaintiff,                  DECLARATION OF DR. RENEE L. BINDER
                                        IN SUPPORT OF DEFENDANTS VAXGEN,
13      v.                              INC. AND LISA BROOKS' UNOPPOSED
                                        MOTION TO COMPEL INDEPENDENT
14  VAXGEN, INC., a Delaware corporation, MENTAL EXAMINATION OF PLAINTIFF
    LISA BROOKS, and DOES 1 through 50,  ARIA RAZBAN PURSUANT TO FEDERAL
15  inclusive,                          RULE OF CIVIL PROCEDURE 35

16          Defendants.                 Complaint Filed:        January 19, 2007
                                        First Am. Complt. Filed:   May 16, 2007
17                                       First Am. Complt. Served:  June 1, 2007
                                        Trial Date:             Not Yet Set
18

19

20      I, Renee L. Binder, hereby declare:

21          1.      I am a board-certified psychiatrist and a Professor in the Department of Psychiatry

22  of the School of Medicine at the University of California, San Francisco ("UCSF"). I have

23  personal knowledge of the facts contained in this declaration and could and would testify

24  competently to the same if called as a witness.

25          2.      I have an M.D. from the UCSF School of Medicine and a B.A. *cum laude* from

26  Barnard College. I completed my internship and residency in the Department of Psychiatry at Mt.

27  Zion Hospital and Medical Center in San Francisco, California. I have been employed for at least

28  thirty years as a faculty member in the Department of Psychiatry at the UCSF School of

DECLARATION OF DR. RENEE L. BINDER ISO DEFS' UNOPPOSED MOTION FOR IME PURSUANT TO FRCP 35
CASE NO. C 07-03136 JL                                                                      1.

1081345 v2/SF

1   Medicine. In my capacity as a professor at UCSF, I serve as the Director of the Psychiatry and

2   the Law Program and the Associate Dean in the Office of Academic Affairs at the UCSF School

3   of Medicine. I am a member of the American Psychiatric Association, the Northern California

4   Psychiatric Society, and the American Academy of Psychiatry and the Law. I recently received

5   the American Academy of Psychiatry and the Law's "Seymour J. Pollack Distinguished

6   Achievement Award" in recognition of distinguished contributions to the field of forensic

7   psychiatry. A true and correct current curriculum vitae further detailing my qualifications is

8   attached hereto as **Exhibit A**.

9       3.    I have been engaged to conduct an independent mental examination ("IME") of

10  Plaintiff Aria Razban in connection with the above-referenced lawsuit against VaxGen, Inc.

11  ("VaxGen") and Lisa Brooks, a former VaxGen employee (collectively, the "Defendants").

12      4.    My examination of Ms. Razban will take place at my offices in San Francisco.

13  The examination will be a maximum of six (6) hours (exclusive of breaks), and will consist of a

14  psychiatric interview, which will include a personal, work, educational, developmental, family,

15  relationship, medical, and psychiatric history (which will cover, among other things, preexisting

16  and current conditions, past stresses, strengths and vulnerabilities), a mental status examination

17  and an examination of Ms. Razban on the subject of her emotional condition. In order to

18  accurately assess issues of damages and causation, it is accepted practice within the field of

19  forensic psychiatry to conduct an in-depth personal interview of a plaintiff that may last several

20  hours. It is standard practice for the forensic psychiatric examiner to gather detailed data from

21  the examinee about all aspects of the person's life and experience. Further, my examination will

22  assess Ms. Razban's psychiatric condition as it relates to the allegations in this action. She has

23  alleged that she suffers from certain psychiatric conditions as a result of the conduct alleged in the

24  Complaint (such as post traumatic stress disorder and depression), and my examination will

25  assesses whether she has these conditions, identify the causes of these conditions, and assess the

26  impact of these alleged conditions on her mental health and functioning.

27      5.    I have requested that the IME of Ms. Razban include a psychological evaluation in

28  addition to my examination. I made this request for several reasons. First, the psychological

DECLARATION OF DR. RENEE L. BINDER ISO DEFS' UNOPPOSED MOTION FOR IME PURSUANT TO FRCP 35     2.
CASE NO. C 07-03136 JL

1   testing will assess her cognitive functioning and identify any impairments.  Second, in my

2   opinion, psychological testing is a useful tool for psychiatric evaluation because it sheds light on

3   the patient's personality structure, which is informative in learning how the patient responds to

4   trauma.   In Ms. Razban's case, information about her personality structure may provide

5   background on how the conduct Ms. Razban has alleged against the Defendants has impacted her

6   in the way she claims on a psychiatric level.  Third, in my experience, it is common practice for

7   psychological testing to be one component in a thorough psychiatric examination and for

8   psychiatrists to work collaboratively with psychologists, who have expertise in that area, to

9   complete such testing.  In accordance with such common practice, I referred that component of

10  Ms. Razban's examination to my colleague at UCSF, Dr. Dale McNiel.  A true and correct copy

11  of the most recent curriculum vitae I received from Dr. McNiel detailing his qualifications is

12  attached hereto as **Exhibit B**.  Dr. McNiel will conduct a separate interview of Ms. Razban and

13  thereafter psychological testing, which will be a maximum of eight (8) hours (exclusive of

14  breaks), and Dr. McNiel's portion of the IME will take place at his offices in San Francisco.

15  During both my and Dr. McNiel's portions of the IME, Ms. Razban will be permitted a lunch

16  break and other breaks as necessary.

17          6.      It is important that I receive the results of Dr. McNiel's work before I conduct my

18  examination of Ms. Razban because Dr. McNiel's data will impact how I conduct my

19  examination of Ms. Razban.

20          I declare under the penalty of perjury under the laws of the State of California that the

21  foregoing is true and correct.

22          Executed this _8_ day of April, 2008 in San Francisco, California.

23                                                  _Renee L. Binder_

24                                                  Renee L. Binder, M.D.

25

26

27  1081345/SF

28

---

DECLARATION OF DR. RENEE L. BINDER ISO DEFS' UNOPPOSED MOTION FOR IME PURSUANT TO FRCP 35
CASE NO. C 07-03136 JL                                                                          3.
1081345 v2/SF

**EXHIBIT A**

# CURRICULUM VITAE

Prepared: 3/01/08

**Name**:            **Renée L. Binder, M.D.**

**Current Title**:      Professor Step 7

**Department**:       Department of Psychiatry, School of Medicine
University of California, San Francisco

**Current Positions:**   Director, Psychiatry and the Law Program

Associate Dean in the Office of Academic Affairs, School of Medicine

**Address**:          401 Parnassus Avenue, San Francisco, CA 94143-0984

**Phone**:           (415) 476-7304

**Fax**:             (415) 502-2206

**E-mail**:           reneeb@lppi.ucsf.edu

## EDUCATION:

| Dates | Institution Attended & Location | Degree or Status | Major Subjects |
|---|---|---|---|
| 1965-69 | Barnard College, New York, NY | 1969, B.A., cum laude | Art History & Pre-Medicine |
| 1969-73 | University of California, San Francisco School of Medicine | 1973, M.D. | Medicine |
| 1973-76 | Mt. Zion Hospital & Medical Center, San Francisco | Intern & Resident | Psychiatry |

## LICENSES, CERTIFICATIONS:

1974          Medical license, California G27505

1978          Certified, American Board of Psychiatry & Neurology (field: psychiatry)

1993          Certified, Administrative Psychiatry

1994- 2014    Certified and Re-Certified, American Board of Psychiatry & Neurology—Added Qualifications in Forensic Psychiatry

## EMPLOYMENT:

| | | |
|---|---|---|
| 1976-77 | UCSF | Clinical Instructor |
| 1977-85 | UCSF | Assistant Professor of Psychiatry |
| 1985-91 | UCSF | Associate Professor of Psychiatry |
| 1991-now | UCSF | Professor of Psychiatry |

EXHIBIT " A "

**OTHER POSITIONS HELD**:

| | | |
|---|---|---|
| 1974-77 | Menlo Park Veterans Hospital | Physician O.D. |
| 1976-86 | Langley Porter Psychiatric Institute | Director, Emergency Services |
| 1978-80 | Langley Porter Psychiatric Institute | Director, Rape Treatment Center |
| 1976-77 | Langley Porter Psychiatric Institute | Staff Psychiatrist, Crisis Intervention Unit |
| 1977-99 | Langley Porter Psychiatric Institute | Director, Adult Inpatient Service |
| 1976-now | Langley Porter Psychiatric Institute | Attending Physician, Medical Staff |

**HONORS, AWARDS, AND FELLOWSHIPS**:

| | |
|---|---|
| 1974-76 | American Psychiatric Association Falk Fellowship. One of twenty residents selected throughout this country to become involved with the APA on a national level |
| 1984 | Women of Achievement Award by the Soroptomist International of the Americas given in recognition by peers of "outstanding abilities, talents and contributions to the profession" |
| 1986 | Interdisciplinary Achievement Award from the Langley Porter Psychiatric Institute Alumni-Faculty Association. Awarded for significant contribution to interdisciplinary work and understanding in the field of mental health |
| 1986 | World Health Organization Travel-Study Fellowship to Japan. Awarded to individuals "who show the greatest promise of benefiting health programs in the United States." |
| 1998 | Northern California Psychiatric Society "President's Distinguished Service Award" for "skill in building consensus in a diverse organization and for efficient and responsible leadership style" |
| 2003 | American Psychiatric Association Congressional Health Policy Fellowship to work in the U.S. Senate and consult on health policy. |
| 2004 | California Psychiatric Association Award for Contributions and Service |
| 2005 | Distinguished Service on the Center for Judicial Education and Research Faculty presented by the Administrative Office of the Courts |
| 2006 | Dr. J. Elliott Royer Award for academic excellence and significant contributions to the field of academic psychiatry |
| 2006 | Plenary Speaker at UCSF Dean's Office Symposium for Mid-Career Faculty |
| 2006 | Psychiatry Residents Association Award for "Excellence in Teaching" |
| 2006 | American Academy of Psychiatry and the Law's "Seymour J. Pollack Distinguished Achievement Award" in recognition of distinguished contributions to the field of forensic psychiatry. |
| 2007-08 | Selected as one of the "Best Doctors in America" |

**MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS**:

| | |
|---|---|
| 1974-now | Northern California Psychiatric Society |
| 1974-now | American Psychiatric Association |
| 1985-now | American Academy of Psychiatry and the Law |

**PROFESSIONAL ORGANIZATION ACTIVITIES**:

| | | |
|---|---|---|
| 1974-75 | Northern California Psychiatric Society | Committee on Women |
| 1974-75 | American Psychiatric Association | Committee of Medical Education |
| 1975-76 | Northern California Psychiatric Society | Resident Councilor to Executive Committee |
| 1975-76 1996, 1999, 2000 | Northern California Psychiatric Society | Nominating Committee |
| 1978-79 | Northern California Psychiatric Society | Medi-Cal Committee |
| 1979-80 | American Psychiatric Association | Task Force of Psychiatric Emergency Care Issues, Resource Person |
| 1983-89 | American Psychiatric Association | Committee on Women |
| 1987-89 | American Academy of Psychiatry and the Law | Public Information Committee |
| 1988-90 | American Academy of Psychiatry and the Law | Education Committee |
| 1989-03 | American Academy of Psychiatry and the Law | Journal Committee |
| 1990-94 | American Academy of Psychiatry and the Law | Fellowship Committee |
| 1990-97 | American Academy of Psychiatry and the Law | Program Committee |
| 1994-97 | American Academy of Psychiatry and the Law | Chair of Membership Committee |
| 1991-92 | American Academy of Psychiatry and the Law | Chair of Program Committee |
| 1991-94 | American Academy of Psychiatry and the Law | Councilor |
| 1997-00 | American Academy of Psychiatry and the Law | Nominating Committee |
| 1989-90 | Northern California Psychiatric Society | Fellowship Committee |
| 1989-90 | American Psychiatric Association | Committee on Confidentiality |
| 1995 | American Academy of Psychiatry and the Law | Ad Hoc Committee to Search for Medical Director |
| 1990-95 | American Psychiatric Association | Chair of Committee on Confidentiality |
| 1995-00 | American Psychiatric Association | Council on Psychiatry and the Law |
| 1991-95 | American Psychiatric Association | Practice Guidelines Work Group on Developing Guidelines for Psychiatric Evaluation of Adults |
| 1989-93 | American Psychiatric Association | Task Force on Clinician Safety |
| 1989-90 | Association for Women Psychiatrists | Treasurer |
| 1989-now | Group for Advancement of Psychiatry | Committee on Psychiatry and the Law (Contributing status as of 4/92) |
| 1994-95 | American Academy of Psychiatry and the Law | Vice President |
| 1995-96 | Northern California Psychiatric Society | Vice President |
| 1995-97 | American Psychiatric Association | Chair of Subcommittee on Child Custody Issues |
| 1996-97 | California Psychiatric Association | Executive Council |
| 1996-97 | Northern California Psychiatric Society | President-Elect |
| 1997-98 | Northern California Psychiatric Society | President |
| 1997-00 | American Psychiatric Association | Chair of Council on Psychiatry and the Law |
| 1997-98 | American Academy of Psychiatry and the Law | President |
| 1998-99 | American Psychiatric Association | Task Force to Prepare APA Position Statement on Confidentiality |

| 2000-04 | American Psychiatric Association | Chair of Commission/Committee on Judicial Action |
|---|---|---|
| 2000-03 | American Psychiatric Association | Commission on Public Policy, Litigation and Advocacy |
| 2000-02 | California Psychiatric Association | President-elect |
| 2001-05 | American Academy of Psychiatry and the Law | Chair, Awards Committee |
| 2004-06 | American Academy of Psychiatry and the Law | President, Association of Directors of Forensic Psychiatry Fellowships |
| 2002-04 | California Psychiatric Association | President |
| 2005-07 | American Psychiatric Association | Isaac Ray Award Committee |
| 2004-07 | American Psychiatric Association | Trustee-at-large |
| 2004-05 | American Psychiatric Association | Work Group to revise 1995 *Practice Guideline for the Psychiatric Evaluation of Adults* |
| 2005- | American Psychiatric Association | Task Force to Update the Ethics Annotations |
| 2007-08 | American Psychiatric Association | Consultant, Committee on Advocacy and Litigation |

**OTHER PROFESSIONAL ACTIVITIES**:

President, Association of Directors of Forensic Psychiatry Fellowship Programs, 2004-2006

American Board of Psychiatry and Neurology Committee on Recertification in Forensic Psychiatry: 2000-now

American Board of Psychiatry and Neurology Forensic Psychiatry Subspecialty Steering Committee: 2001-now

American Board of Psychiatry and Neurology: Examiner: 1979, 1981, 1982, 1983, 1984, 1985, 1988, 1992; Senior Examiner: 1999-2006

Keynote Speaker, "California Legislative Update", Central California Psychiatric Society Annual Meeting, March 15, 2003

Keynote Speaker on "Family Violence" and "Sexual Abuse" at Seminar on family violence and sexual abuse in Singapore, sponsored by National University Hospital, Adam Road Hospital and Parliamentary Secretary for Law and Home Affairs, Singapore, August 6, 1995

Visiting Research Fellow, National Hospital for Nervous Diseases, Queen Square, London, UK: June-August, 1990

Presidential Appointee to Committee on Added Qualifications in Forensic Psychiatry of the American Board of Psychiatry and Neurology: 1992-2001

Executive Committee of American Academy of Psychiatry & the Law: 1991-2000

Associate Editor of Journal of the American Academy of Psychiatry and the Law: 1989-2003

Specialist Site Visitor in Forensic Psychiatry for Residency Review Committee of Accreditation Council for Graduate Medical Education: 1996-97

Organizer and Conference Director of "Workplace Violence: Assessment and Prevention (with participation of FBI): 1996

**PRESENTATIONS AT SCIENTIFIC AND PROFESSIONAL MEETINGS**:

**NATIONAL**:

American Psychiatric Association Annual Meetings:

| | |
|---|---|
| 1979 | Paper: "Setting up a Rape Treatment Center" |
| 1985 | Paper: "Sex Between Psychiatric Inpatients" |
| 1986 | New Research: "Evaluation of a Sexual Abuse Prevention Program" |
| 1987 | Paper: "Tardive Dyskinesia and Parkinsonism in Japan" |
| 1989 | Workshop: "Assaults Against Clinicians" |
| 1990 | Paper: "Violence and Decompensating Schizophrenic Patients" and Workshop: "Managing Dangerous Patients" |
| 1991 | New Research: "Cause of Psychological Symptoms After Lawsuits," Course: "Acute Management of Violent Patients," and Workshop: "Managing Aggressive Patients" |
| 1992 | Chair of Workshop: "Disclosure of Information about Famous Patients," and Workshop: "Managing the Aggressive Patient" |
| 1993 | Papers: "Resilience in Survivors of Childhood Sexual Abuse," and "Correlates of Accuracy in Assessing Violence Risk," New Research: "Impact of Banning Smoking on a Locked Unit" |
| 1994 | Chair and Organizer of Workshop: "Preserving Confidentiality" |
| 1995 | Workshop: "Psychiatrists' Role in Sexual Harassment" and Chair and Organizer of Workshop: "Confidentiality and Managed Care: Coping Strategies for Psychiatrists" |
| 1996 | Course on Sexual Harassment, and Chair and Organizer of Workshop: "Controversies in Child Custody" |
| 1997 | Discussant for Symposium: "Delayed Traumatic Recall in Psychiatry and the Law", Course on Sexual Harassment, Chair and Organizer of Symposium: "Child Custody - What We Do and Don't Know" |
| 1998 | Course on Sexual Harassment. Chair and Organizer of Workshop: "Fighting Managed Care: ERISA Limitations,  Paper in Symposium on Violence: "Pharmacologic Approaches to Violence" |
| 1999 | Course on Sexual Harassment-Legal Issues, Chair and Organizer of Workshop: Legal Update "Managed Care, Confidentiality, and Sex Offenders", Paper on Violence in Symposium on Risk Management |
| 2000 | Course on Sexual Harassment-Legal Issues, Chair and Organizer of Workshop: "Mandatory Outpatient Treatment ", Paper in Symposium on Emergency Psychiatry: "Involuntary Treatment", Discussion Section on "Malpractice" |
| 2001 | Paper in Symposium on Chemical Restraints: "Legal Trends and Civil Liberties in Forced Medications", Presenter in Workshop: "Prediction of Dangerousness", Course on "Sexual Harassment—Legal Issues" |
| 2002 | Chair and Organizer of Workshop: "Educating the Courts:  Recent APA Amicus Curiae Briefs" and Course on "Sexual Harassment – Legal Issues" |
| 2003 | Workshop: "What is the Ethical Stance?  Issues Related to World Psychiatry and Courts", Course on "Sexual Harassment", Discussant for Symposium: "Gay and Lesbian Parenting" |
| 2004 | Chair and Organizer of Workshop: "What's New in Psychiatry and the Law at the APA" |
| 2006 | Discussant for Symposium, "Same Sex Civil Marriage: Historical and Mental Health Research Perspectives" |
| 2007 | Presenter at Workshop: "Psychiatric Expert Testimony: Increased Scrutiny, Increased Liability",  Presenter at noon forum: "Violence and Mental Illness" |

American Academy of Psychiatry and the Law Annual Meetings:

1984    Paper: "Patients' Rights Advocates in San Francisco"
1985    Paper: "Victims and Families of Violent Psychiatric Patients"
1986    Paper: "AIDS Antibody Tests on Inpatient Psychiatric Units"
1987    Paper: "Effects of Diagnosis and Context on Dangerousness"
1988    Papers: "The Relationship of Gender to Violence by Acute Psychiatric Patients" and "Violence in Geriatric Patients with Dementia"
1989    Paper: "Situational Influences on Symptoms Associated with Violence"
1990    Paper: "Women Clinicians and Patient Assaults"
1991    Papers: "The Impact of the Riese Decision on an Inpatient Unit", "Is Money a Cure: Follow-Up of Litigants in England", and Workshop: "Ethical Dilemmas in Forensic Practice"
1992    Paper: "Sexual Harassment: Issues for Forensic Psychiatrists"
1993    Papers: "Patterns of Recall of Childhood Sexual Abuse as Described by Adult Survivors", "Staff Gender and Risk of Assault on Doctors and Nurses", Workshops: "Perspectives on Sexual Harassment" and "Women in Forensic Psychiatry"
1994    Videotape Workshop: "Preserving Confidentiality", and Panel: "Violence Risk Assessment"
1995    Paper: "Impact of Hospitalization on Suicide Risk" and Panel: "Practical Evaluation of Competence to Consent"
1996    Paper: "Impact of Tarasoff Decision on Therapy and Victim", Workshop: "Violence Risk Assessment: The MacArthur Study"
1998    Presidential Address: "Are the Mentally Ill Violent?", Workshop: "Publishing in Forensic Psychiatry"
1999    Panel Presentation: "Psychiatry and the Law Issues at the American Psychiatric Association: An Update"
2000    Panel Presentation: "Gender Issues in the Practice of Forensic Psychiatry"
2001    Paper: "Threatening and Harassing Behavior by Psychiatric Patients toward Clinicians"
2002    Panel presentations: "Current Psychiatry and the Law Issues at the American Psychiatric Association", "Liability for the Forensic Psychiatrist"
2003    Panel presentations: "Choosing a Mentor", "Psychiatry and the Law in Organized Psychiatry"
2004    Panel presentation: " Sexual Harassment Evaluations in Employment Cases"
2006    Paper: "He Said-She Said": The Role of the Forensic Evaluation in Determining Credibility and Damages
2006    Mock Trial Organizer & Participant: "Medical Malpractice—Postpartum Psychosis and Suicide"
2007    Debate participant: Should mentally ill individuals who have been civilly committed be allowed to purchase guns?; Panel presentations: "Ethics for the forensic psychiatrist", Organizing, accrediting, and funding forensic fellowhips"

A.K. Rice Institute Annual Meeting: 1977 (Paper, "Group Phenomena in Trekkers in Nepal")
American Psychiatric Association Conference on Women's Studies in Psychiatric Education: 1983 (Presentation on Rape")
American Medical Women's Association. Annual Meeting: 1985 (Paper, "The Management of Rape Victims by the Primary Care Physician")
American Orthopsychiatric Association: Annual Meeting: 1988 (Discussant for panel on "The Dangerousness Standard for Commitment")

**REGIONAL:**

California Psychiatric Association Annual Meeting:

| | |
|---|---|
| 1994 | Course, "Perspectives on Recovered Sexual Abuse Memories Through Therapy" |
| 1999 | Course, "Malpractice Issues" |
| 1999 | Presentation at Workshop, "Involuntary Commitment (LPS) Laws: Should They Be Reformed?" |
| 2003 | Panel on "New Liabilities related to Tarasoff Warnings" |

Northern California Psychiatric Society Annual Meeting:

| | |
|---|---|
| 1983 | Presentation, "The Medical Workup of Dementia" as part of a panel on Geriatric Psychiatry |
| 1989 | Presentation, "Clozapine: A New Neuroleptic" |
| 1996 | Presentation, "The Assaultive Patient and Tarasoff" as part of a panel on Medico-Legal Issues |
| 1999 | Presentations on Panels: "The Potentially Violent Patient: Assessment, Treatment and Legal Liability", "Psychiatrists and the Death Penalty: Bringing Neuroscience to the Law:, "Medicare and Psychiatry: Who, What, Where, When, Why?", "Organized Psychiatry: What Can You Do? What Can You Get?" |
| 2000 | Presentation, "Risk Management in Psychiatric Practice" |
| 2003 | Luncheon Speaker, "What's New at CPA?" |
| 2004 | Luncheon Speaker, "Politics in Washington D.C. and in California Organized Psychiatry" |
| 2005 | Presentation, "Psychiatry in the 21st Century" |
| 2007 | Presentation, "Negotiation Strategies" |

California Association of LPS Hearing Officers Annual Conference:

| | |
|---|---|
| 2000 | Panel on LPS Reform |

Forensic Mental Health Association of California Annual Conference:

| | |
|---|---|
| 2001 | Presentation, "Outpatient Civil Commitment or Involuntary Outpatient Treatment" |

Central California Psychiatric Society

| | |
|---|---|
| 2006 | Keynote Speaker, "California Legislative Update" |

**INTERNATIONAL INVITED PAPERS AND LECTURES:**

| | |
|---|---|
| 1986 | Lecturer on "Psychiatric Emergency Services in the United States" at Teikyo University Medical School in Tokyo, Japan. (Invited by Professor Hajime Kazamatsuri) |
| 1986 | Lecturer on "Treatment for Rape Victims" at the Institute of Public Health in Tokyo, Japan. (Invited by Dr. Haruo Kuwabara) |
| 1990 | Lecturer on "Post-Traumatic Stress Disorder" at the National Hospital for Nervous Diseases, Queen Square, London, U.K. (Invited by Dr. Michael Trimble) |
| 1995 | Discussant for Case Conference on "Depression, Suicide Attempts and Management of Memories of Childhood Sexual Abuse" at National University of Singapore, Faculty of Medicine, Department of Psychological Medicine, Singapore. (Invited by Professor Kua Ee Heok) July 21, 1995 |
| 1995 | Lecture on "Managing Psychiatric Emergencies in an Acute Inpatient Psychiatric Unit" at University of Malaya, Department of Psychological Medicine, Kuala Lumpur, Malaysia. (Invited by Professor M.P. Deva) July 28, 1995 |
| 1995 | Discussant for Case Conference on "The Difficult to Manage Patient" at Institute of Mental Health/Woodbridge Hospital, Singapore. (Invited by Professor Teo Seng Hock and Department of General Psychiatry, Dr. Chee Kuan Tsee) July 31, 1995 |
| 1995 | Lecture on "Intensive Psychiatric Care Unit: The U.S. Experience" at Institute of Mental Health, Singapore. (Invited by Professor Teo Seng Hoek and Dr. Chang Yang How) July 31, 1995 |
| 1995 | Discussant for Case Conference on "The Violent Patient" and Lecture on "Assessment of Violence Risk" at Institute of Mental Health/Woodbridge Hospital, Singapore. (Invited by Professor Teo Seng Hock and Department of Forensic Psychiatry, Dr. Ang Ah Ling) August 1, 1995 |

1995    Keynote Speaker on "Family Violence" and "Sexual Abuse" at Seminar on Family Violence and Sexual Abuse, Singapore (Invited by Dr. Wong Yip Chong and Professor Kua Ee Heok) August 6, 1995

## INVITED PAPERS, LECTURES, PRESENTATIONS NOT LISTED ABOVE:

1978    Lecture to UCSF Primary Care residents on "Crisis Intervention in Primary Care"

1978    Lecture to Lone Mountain College Art Therapy students on "Community Mental Health and Involuntary Hospitalization

1979    Lecture to attending psychiatric staff of Sequoia Hospital on "Management of Assaultive and Violent Patients"

1979 & 1980    Program Coordinator, Chair, & Speaker at Conference on "Victims of Assault/Sexual Abuse" sponsored by the University of California, San Francisco

1980    Lecture to medical staff of Gladman Hospital on "Evaluation and Treatment of the Violent Patient"

1981    Lecture to attending psychiatric staff of Herrick Hospital on "The Problem of Rape and Establishing a Rape Treatment Center"

1982    Lecture to deputy district attorneys of San Mateo County on "Rape, Rape Trauma Syndrome, and Why Women Don't Report Rape"

1982-1986    Presentation on "Organic Mental Disorders" at annual "General Psychiatry Board Review & Update" sponsored by the University of California, San Francisco

1986    Workshop leader on "The Psychological Effects of Sexual Assault" at the San Francisco Psychoanalytic Institute Conference on "The Importance of Trauma in Psychic Development"

1987    Lecture to postal service employees on Schizophrenia at a symposium on postal service medicine sponsored by the U.S. Postal Service, Western Region

1987    Co-author on paper presented to 1987 Family Violence Research Conference on "Patterns of Family Violence Associated with Acute Mental Illness"

1988    Co-author on paper presented to 1988 annual meeting of American Psychological Association on "Relationships Between Threats and Violent Behavior by Acute Psychiatric Patients"

1988    Co-author on paper presented to American Psychology-Law Society on "Clinical Judgments of Dangerousness as Predictors of Inpatient Violence"

1989    Lecture at Symposium on Assessment of Violence Potential sponsored by Stanford University Department of Psychiatry/Behavioral Science and Palo Alto VA Hospital Department of Psychology/Psychiatry on "Situational Factors Affecting Violence by Psychiatric Patients"

1990    Lecture to attending staff and housestaff at Pacific Presbyterian Medical Center on "Violence by Psychiatric Patients"

1991    Lecture at meeting of San Francisco Psychiatric Society on "Does Money Heal All Wounds? The Course of Psychological Symptoms after Lawsuit Resolution"

1992    Presenter on panel about Sexual Harassment for Alumni Faculty Association of Langley Porter Psychiatric Institute, UCSF

1992    Presenter on panel about Sexual Harassment at USF Law School co-sponsored by the Labor/Employment Law Society and the Women's Law Association

1993    Presenter to Program on Conscious and Unconscious Mental Processes Clinical Research Seminar on "Resilience in Survivors of Childhood Sexual Abuse"

1995    Lecture to attending staff and housestaff at California Pacific Medical Center on "Sexual Harassment"

| | |
|---|---|
| 1996 | Grand Rounds lecture to San Mateo Health Services Residency Training Program on "Sexual Harassment: Forensic Issues" |
| 1996 | Discussion Group Leader on "Developing Negotiation Skills" at Symposium on Developmental Issues for Women Professionals |
| 1997,99 | Lectures to medical staff and nursing staff of Department of Psychiatry at St. Francis Memorial Hospital on "Managing Aggressive Patients on Psychiatric Inpatient Units" |
| 1997 | Lecture to Santa Clara County Society of Psychiatric Physicians on "Malpractice: Update for Psychiatrists" |
| 2000 | Presenter at UCSF Women's Health 2000 Conference on "Learning to Negotiate: Why It's Important for Women" |
| 2001 | Lecture for California Pacific Medical Center Grand Rounds on "Civil Commitment in the Next Millenium" |
| 2001 | Grand Rounds lecture at San Francisco Veterans Administration Hospital on "Sexual Harassment and the Courts" |
| 2002 | Presenter at UCSF Women's Health Conference on "Principles of Negotiation: Getting What You Want" |
| 2003 | Lecture for the Greater Washington DC Chapter of American Academy of Psychiatry and the Law on "Forensic Psychiatrists' Role in Workplace Harassment and Discrimination Litigation" |
| 2003 | Presenter on "Risk Management and Psychopharmacology" at The American Society of Clinical Psychopharmacology in New York |
| 2004 | Grand Rounds at UCSF and at San Francisco General Hospital , "Politics and Policy in Washington D.C." |
| 2007 | Presenter on "Legal Aspects of Prescribing Psychopharmacologic Drugs" at Conference on Psychiatry for Primary Care |
| 2004 | Closing Address on "Current Issues in Medical Malpractice" at Conference on  Primary Care Medicine: Principles and Practice |
| 2005 | Speaker at University of California Leadership Institute on "Faculty and Staff Working Together" in San Diego |
| 2005 | Speaker at Plenary On "Psychiatry/Psychology and the Courts" and Facilitator at "Civil Court" Breakout Session at California Judicial Branch Conference |
| 2006 | Lecture to Santa Clara County Society of Psychiatric Physicians on "Sexual Harassment" |
| 2006 | Presenter on "Suicide" at Conference on "New Frontiers in Depression Research" |
| 2006 | Plenary Speaker & Workshop Leader at UCSF Symposium on Mid-Career Challenges |
| 2006 | Workshop on "Negotiation in Academia" at Women's Global Health Scholars Program |
| 2006, 2007 | Presentations for UCSF Medical Students and Hastings Law Students Joint Seminar on Involuntary Treatment and Homelessness |

## POSTGRADUATE AND CONTINUING EDUCATION COURSES ATTENDED:

| | |
|---|---|
| 1978 | Graduate Division Course on Research Methods |
| 1979-90 | Member of peer supervision group of women psychiatrists in Marin |
| 1979-86 | Participant in faculty supervision seminar with Dr. Robert Wallerstein |
| 1999-00 | Law School Classes at Hastings College of Law on "Science in the Law" and "Psychiatry and the Law" |
| 1976-now | Attended sufficient continuing education courses to maintain certification |

## UNIVERSITY SERVICE:
### CAMPUS-WIDE

| | |
|---|---|
| 1977 | Workshop for UC Hospital Social Workers on Rape Prevention and Treatment (Lecture and discussion leader) |
| 1980-81,86-87,95-98 | Member and chair of ad hoc review committee for appointments, advancements and promotions to the University of California |
| 1986,89,91,95 | Member of campus-wide committee to develop policy and procedures concerning sexual harassment |
| 1987, 1995 | Member of ad hoc Moffitt-Long Quality Assurance Committee to investigate alleged inappropriate faculty conduct |
| 1987-90 | Sexual harassment complaint advisor for the University of California, San Francisco |
| 1990-95 | Member of Chancellor's Advisory Committee on the Status of Women |
| 1990-95 | Member of the Faculty Subcommittee of the Chancellor's Advisory Committee on the Status of Women |
| 1995-1996 | Member of Credentials Committee of UCSF Medical Center |
| 1997-1998 | Member of Faculty Welfare Committee, Academic Senate |
| 1998-1999 | Vice-Chair of Faculty Welfare Committee |
| 1999-2001 | Chair of Faculty Welfare Committee |
| 1998-2001 | Member of Committee on Committees (elected) |
| 1998-2000 | Member of System-Wide Faculty Welfare Committee |
| 1999-2000 | Member of System-Wide Faculty/Staff Partnership Task Force |
| 2001-2001 | Vice-Chair of System-Wide Faculty Welfare Committee |
| 2001-2002 | Chair of University of California System-Wide (for ten campuses) Faculty Welfare Committee and member of Academic Council |
| 2002, 2004, 2006 | Member of University Stewardship Review Committees |
| 2006 | Presenter and Small Group Leader at Workshop for Junior Faculty Women sponsored by the Chancellor's Advisory Committee on the Status of Women |
| 2006, 2007 | Presenter and Workshop Leader at Welcoming Week for new faculty at UCSF |
| 2007 | Presenter at Chancellor's Advisory Committee on the Status of Women Retreat |

### SCHOOL OF MEDICINE:

| | |
|---|---|
| 1977, 1982, 1987, 1993, 1998, 2003 | Alumni-Faculty Association correspondent and class chairman for 5th year, 10th year, 15th year, 20th year, 25th year, and 30th year reunion |
| 1978-80 | Pathway advisor for University of California School of Medicine Behavioral Specialist Pathway |
| 1978-82 | Member of course committee for second year medical students, Introduction to Clinical Psychiatry (Psychiatry 131 A & B) |
| 1983 | Alumni-Faculty Association correspondent and class chairman for tenth year reunion |
| 1984 | Panelist for medical student forum on Careers in Psychiatry |
| 1984-86 | Organized newsletter for the Class of 1973 in conjunction with the Alumni-Faculty Association |
| 1993 | Alumni-Faculty Association class chairman for twentieth year reunion |
| 1992 | Chair of ad hoc faculty committee to investigate allegations of faculty misconduct |
| 1992-97 | Member of Student Welfare Committee |
| 1997-now | Chair, Student Welfare Committee |

| | |
|---|---|
| 1995,97 | Member of ad hoc faculty committees to investigate allegations of faculty misconduct |
| 1997-2000 | At large School of Medicine Representative to the Representative Assembly of the S.F. Division of the Academic Senate (elected) |
| 2006, 2007 | Presenter at Pediatric Fellows College on "Dynamics of Negotiation" |

**DEPARTMENT OF PSYCHIATRY**:

| | |
|---|---|
| 1977-80 | Residency Training Committee |
| 1977-85 | Clinical Services Advisory Committee |
| 1980-83, and | |
| 1988-92 | Appointments and Promotions Committee for Volunteer Clinical Faculty |
| 1981 | Committee to Study Faculty Participation in Governance |
| 1981-82 | Search Committee for Director of Adolescent and Young Adult Inpatient Unit |
| 1983-84 | Community Practice and Administration Track Subcommittee for the Residency Training Program (co-chair) |
| 1984 | Parental Leave Committee for the Residency Training Program |
| 1987 | Chairman of Search Committee for Psychiatrist for the Center for the Study of Neurosis |
| 1987-91 | Biomedical Research Support Grant Committee to determine the present distribution of BRSG funds following federal regulations and departmental guidelines |
| 1989-90 | Member of UCSF-Mt. Zion merger planning committee |
| 1989-90 | Member of Mt. Zion-UCSF inpatient psychiatric unit planning committee |
| 1988-89 | Member of UCSF Department of Psychiatry Grand Rounds Planning Committee |
| 1990-91 | Chairman of Search Committee for Assistant Director of Child and Adolescent Service |
| 1989-92 | Chairman of UCSF Department of Psychiatry Grand Rounds Planning Committee |
| 1989-91, 1996-02 | Member of Department of Psychiatry Compensation Plan Oversight Committee |
| 1991-92 1998-99 | Chair of Department of Psychiatry Compensation Plan Oversight Committee |
| 1992-94 | Chairman of Appointments and Promotions Subcommittee on Clinician-Teacher Faculty Track |
| 1994 | Departmental Representative to "San Francisco Psychiatric Associates" to plan for managed care contracts in San Francisco |
| 1994-96 | Member of Planning Committee for the Program for Women |
| 1992-98 | Appointments and Promotions Committee for Paid Clinical Faculty |
| 2004-07 | Integrated Residency Committee |

**LANGLEY PORTER PSYCHIATRIC INSTITUTE/HOSPITAL AND CLINICS**:

| | |
|---|---|
| 1977-78 | Environmental and Infection Control Committee (Chairman) |
| 1977-85 1988-89 1997-99 | Executive Medical Board/Executive Committee of the Medical Staff |
| 1978 | Ad Hoc Committee for By-Laws Revision |
| 1978-80 | Medical Records Committee: |
| | 1978-79 Vice-Chairman |
| | 1979-80 Chairman |

| | |
|---|---|
| 1979-82 | President-Elect, President, and Past President of Medical Staff |
| 1979-82 | Nominating Committee for Executive Medical Board |
| 1983 | Committee on Hospitalization of Private Patients (Chairman) |
| 1984-85 | Nominating Committee for Executive Medical Board |
| 1984-85 | Pharmacy & Therapeutics Committee: |
| | 1986-87 Vice-Chairman |
| | 1987-88 Chairman |
| 1988-89 | Executive Medical Board: Elected Member |
| 1989-90 | ECT Committee |
| 1991-94 | Executive Clinical Committee |
| 1994 | Chairman of Committee to Plan Clinical and Educational Programs on Adult Inpatient Services |
| 1994-95 | Member of Selection Committee for medical positions at Langley Porter Psychiatric Institute |
| 1994-99 | Quality Assurance Committee |
| 1997-98 | Quality Improvement Executive Committee |
| 1999-00 | Credentials Committee |
| 2002-03 | ECT Review Committee |

**PUBLIC SERVICE:**

| | |
|---|---|
| 1976-84 | Representative to Community Mental Health Center Clinical Council Meetings |
| 1978 | Representative to San Francisco Sexual Trauma Advisory Board (to Director of Public Health) |
| 1978 | Speaker at Pacific Heights Community Forum on Rape Prevention and Treatment |
| 1979-80 | Member of San Francisco Emergency Services Directors' Task Force |
| 1980-81 | Psychiatric consultant to study on "Sexual Assault of Patients in Psychiatric Hospitals" |
| 1981 | Consultant and Moderator for San Mateo County Mental Health Services Workshop on "Rape Awareness, Prevention and Intervention" |
| 1981-83 | Consultant to San Mateo County District Attorney's Office for prosecution of sexual assault cases |
| 1986 | Consultant to San Quentin Prison psychiatrists on "Crisis Intervention and Psychiatry Emergencies" |
| 1987 | Clinical consultant to San Quentin Prison psychiatrists |
| 1995-96 | Consultant to Santa Clara Office of County Counsel on Assessment of Violence Risk |
| 2000 | Consultant to Lanterman-Petris-Short Hearing Officers about proposed changes in California Civil Commitment Laws |
| 2007 | Presentation to County Public Health Psychiatrists on Mental Health Courts |
| 2008 | Presentation to Hastings law students in employment and labor law student association on mental illness, stigma and discrimination |

**SERVICE TO PROFESSIONAL PUBLICATIONS:**

| | | |
|---|---|---|
| 1979-now | Psychiatric Services | Reviewer |
| 1986-now | American Journal of Psychiatry | Reviewer |
| 1986-now | Journal of American Medical Association | Reviewer |
| 1986-now | Journal of Clinical Psychiatry | Reviewer |

| 1986-90 | Journal of Clinical Psychopharmacology | Reviewer |
| 1986-90 | Biological Psychiatry | Reviewer |
| 1987-89 | Bulletin of the American Academy of Psychiatry and the Law | Reviewer |
| 1989-03 | Journal of the American Academy of Psychiatry and the Law | Associate Editor |

**ADMINISTRATIVE EXPERIENCE:**

1975-76  Co-founder and executive officer of Bay Area Psychiatric Residents' Association

1975-76  Administrative resident for Mt. Zion inpatient unit.

Responsible for coordination of services of physicians, nurses, psychologists, social workers and occupational therapists in management of patients

1976-86  Director of Emergency Services at Langley Porter Psychiatric Institute

Administrative and clinical responsibility for delivery of services by psychiatric residents, medical students, nurses and psychology fellows in emergency walk-in clinic

Cost center manager and budget preparation for budget of $360,000.00

1977-90  Director of Crisis Intervention Unit and Psychiatric Intensive Care Unit at Langley Porter Psychiatric Institute

Administrative and clinical responsibility for delivery of services by psychiatrists, psychiatric residents, medical students, nurses, social workers, psychologists and rehabilitation therapists

Cost center manager and budget preparation for budget of $1,400,000.00

1978-80  Director of Rape Treatment Center at Langley Porter Psychiatric Institute

Organized and established the Rape Treatment Center involving coordination with the University of California's Department of Gynecology and Department of Psychiatry, San Francisco Police Department, San Francisco Community Mental Health, San Francisco Department of Public Health, San Francisco District Attorney, Moffitt Emergency Room, Langley Porter Psychiatric Institute and University of California Administration, and Queen's Bench Foundation.

1985-88  Organized reception and discussion groups for 6000 women psychiatrists at the annual American Psychiatric Association meetings in Washington, D.C., Chicago and Montreal.

1991-99  Director of Adult Inpatient Services (32-bed locked and unlocked units) at Langley Porter Psychiatric Institute

Administrative and clinical responsibility for delivery of services by psychiatrists, psychiatric residents, medical students, nurses, social workers, psychologists and rehabilitation therapists

1999-now  Founder and Director of Psychiatry and the Law Program and Fellowship.

Organized program, obtained contracts, developed liaison with law school, and obtained ACGME accreditation for forensic fellowship.

**TEACHING:**

**FORMAL SCHEDULED CLASSES FOR UCSF STUDENTS**

| Academic Year | Course | Nature of Contribution | Class Size |
|---|---|---|---|
| 1979-92 Winter | Introduction to Clinical Psychiatry for 2nd year medical students (Psychiatry 131A) | Lectures on organic mental disorders and schizophrenia | 150 |

**CURRICULUM VITAE Renée Binder, M.D.**          **Page 14**

| | | | |
|---|---|---|---|
| 1987-94 Spring | Introduction to Clinical Psychiatry for 2nd year medical students (Psychiatry 131A) | Lecture and seminar leader on psychiatric emergencies | 150 |
| 1977- 99 Fall, Winter, Spring, Summer | Rounds with 3rd year medical students and 4th year medical student | Discuss cases presented on a daily basis | 2/month |
| 1977- 99 Fall, Winter, Spring, Summer | Crisis Intervention, Emergency Services, and Psychiatric Intensive Care Unit Seminars (1 hour/week of ward based seminars for medical students, residents, psychology fellows, social work trainees, nursing students and rehabilitation therapy students) | Recruit speakers, organize course, attend lectures, and conduct some of the seminars, including interviewing patients | 10-15 |
| 1977- 99 Fall, Winter, Spring, Summer | Supervision of 2nd year psychiatric residents | Daily rounds and weekly individual supervision | 2-3 at a time |
| 1978-99 Fall, Winter, Spring, Summer | Supervision of senior psychiatric resident on the Psychiatric Intensive Care Unit and Adult Inpatient Services | Organize teaching elective and provide weekly individual supervision | 1-2 at a time |
| 1996-99 Fall, Winter, Spring, Summer | Preceptor for 3rd year medical students | Supervision and review of reports | 2 at a time |
| 1999-00 | Supervision of senior psychiatric resident | Supervision and discussion of assigned reading and cases | 1 at a time |
| 1999-now | PGY-3 Core Lecture Series | Lecture on Psychiatric Malpractice in Outpatient Setting | 10 |
| 2000-now | Didactic Seminar on Psychiatry and the Law | Organize schedule and recruit speakers and teach course | 5 |
| 2000-now | Landmark Case Seminar | Organize schedule and discuss cases | 5 |
| 2000-now | Forensic Case Conference | Organize schedule and discuss cases | 5 |
| 2000-now | Tutorial on Civil Litigation | Discussion and supervision of civil cases | 2 |
| 2000-now | Forensic Research Seminar | Discussion of research topics | 9 |

## UCSF DEPARTMENT OF PSYCHIATRY GRAND ROUNDS PRESENTATIONS:

| | |
|---|---|
| 1977 | "Working Through of Patients' Suicides by Four Therapists in Training" |
| 1979 | "Rape" |
| 1985 | "New Research on Violence" |
| 1986 | "Treatment Dilemmas Following Neuroleptic Malignant Syndrome" |

| 1989 | "Use of Clozapine in Schizophrenia" |
|---|---|
| 1993 | "Sexual Harassment" – Psychiatry Grand Rounds at San Francisco General Hospital |
| 1994 | "Confidentiality: Legal Issues for Mental Health Professionals" |
| 2002 | Coordinator of Forensic Series of Grand Rounds and Co-Presenter on "Serial Killers" |
| 2004 | Politics and Policy in Washington D.C. |

## TEACHING AIDS PREPARED:

| 1983-84 | Wrote syllabus chapter for Psychiatry 131A & B |
|---|---|
| 1987-94 | Prepared syllabus for psychiatric section of Medicine 111 |
| 1996 | Prepared syllabus for Workplace Violence conference |

## FACULTY MENTORSHIP PROGRAM:

| 1991-present | Mentor in the departmental Faculty Mentorship Program |
|---|---|

## RESEARCH AND CREATIVE ACTIVITIES:

## ORIGINAL ARTICLES:

| 1979 | Binder RL: Use of Seclusion on an Inpatient Crisis Intervention Unit. Hospital and Community Psychiatry 30:266-269 |
|---|---|
| 1979 | Kolodny S, Binder RL, Bronstein AA, and Friend RL: The Working Through of Patients' Suicides by Four Therapists. Suicide and Life Threatening Behavior 9:33-46 |
| 1980 | Binder RL and Dickman WA: Psychiatric Manifestations of Neurosyphilis in Middle-Aged Patients. American Journal of Psychiatry 137:741-742 |
| 1980 | Binder RL: Setting up a Rape Treatment Center. Journal of American Medical Women's Association 35:145-148 |
| 1981 | Binder RL, Glick I, and Rice M: A Comparative Study of Parenteral Molindone and Haloperidol in the Acutely Psychotic Patient. Journal of Clinical Psychiatry 42:203-206 |
| 1981 | Binder RL and Levy R: Extrapyramidal Reactions in Asians. American Journal of Psychiatry 138:1243-1244 |
| 1981 | Binder RL: Difficulties in Follow-Up of Rape Victims. American Journal of Psychotherapy 35:534-541 |
| 1981 | Binder RL: Why Women Don't Report Sexual Assault. Journal of Clinical Psychiatry 42:437-438 |
| 1983 | Binder RL: Cultural Factors Complicating the Treatment of Psychosis Caused by $B_{12}$ Deficiency. Hospital and Community Psychiatry 34:67-69 |
| 1983 | Binder RL: Neurologically Silent Brain Tumors in Psychiatric Hospital Admissions: Three Cases and a Review. Journal of Clinical Psychiatry 44:94-97 |
| 1983 | Binder RL and Jonelis FJ: Seborrheic Dermatitis in Neuroleptic-Induced Parkinsonism. Archives of Dermatology 119:473-475 |
| 1983 | Binder RL and McCoy SM: A Study of Patients' Attitudes Toward Placement in Seclusion. Hospital and Community Psychiatry 34:1052-1054 |
| 1983 | Binder RL, Callaway E, Levin AS, and Stites DP: Relationship Between Creatinine Phosphokinase and Immunoglobulins in Unmedicated Caucasian Schizophrenics. Biological Psychiatry 18:1493-1496 |
| 1984 | Binder RL and Jonelis FJ: Seborrheic Dermatitis: A Newly Reported Side Effect of Neuroleptics. Journal of Clinical Psychiatry 45:125-126 |

1984        Victor BS, Link NA, Binder RL, and Bell IR: Use of Clonazepam in Mania and
            Schizoaffective Disorders. American Journal of Psychiatry 141:1111-1112

1985        Link N, Victor B, and Binder RL: Psychosis in Children of Holocaust Survivors. Journal of
            Nervous and Mental Disease 173:115-117

1985        Binder RL, Ormiston SM, and Goldberg FS: No Smoking: The Effect on Therapy Groups.
            American Journal of Nursing 2:129

1985        Binder RL, McNiel DE, and Fishman PS: Attitude Change Concerning the Right to Refuse
            Treatment: The Impact of Experience. American Journal of Psychiatry 142:1362-1365

1985        Binder RL: Patients' Rights Advocates in San Francisco. Bulletin of the American Academy
            of Psychiatry and the Law 13:325-336

1985        McNiel DE and Binder RL: Teaching Psychiatric Residents About Referring Inpatients for
            Psychological Testing. Journal of Psychiatric Education 9:240-247

1985        Binder RL: Sex Between Psychiatric Inpatients. Psychiatric Quarterly 57:121-126

1986        McNiel DE and Binder RL: Violence, Civil Commitment and Hospitalization. Journal of
            Nervous and Mental Diseases 174:107-111

1986        Binder RL and McNiel DE: Victims and Families of Violent Psychiatric Patients. Bulletin of
            the American Academy of Psychiatry and the Law 14:131-139

1986        McCulloch E, McNiel DE, Binder RL, and Hatcher C: Effects of a Weapon Screening
            Procedure in a Psychiatric Emergency Room. Hospital and Community Psychiatry
            37:837-838

1987        McNiel D and Binder RL: Patients Who Bring Weapons to the Psychiatric Emergency
            Room. Journal of Clinical Psychiatry 48:230-233

1987        McNiel DE and Binder RL: Predictive Validity of Judgments of Dangerousness in
            Emergency Civil Commitment. American Journal of Psychiatry 144:197-200

1987        Binder RL: Three Case Reports of Behavioral Disinhibition with Clonazepam. General
            Hospital Psychiatry 9:45-47

1987        Binder RL: AIDS Antibody Tests on Inpatient Psychiatric Units. American Journal of
            Psychiatry 144:176-180

1987        Baer JW and Binder RL: Physical Complaints Without Organic Basis in Psychiatric
            Inpatients: Report of Two Cases. Psychiatric Quarterly 58:218-223

1987        Rosenberg JG, Binder RL, and Berlant J: Prediction of Lithium Dose: Comparison and
            Improvement on Current Methods. Journal of Clinical Psychiatry 48:284-286

1987        Binder RL, Kazamatsuri H, Nishimura T, and McNiel DE: Smoking and Tardive
            Dyskinesia. Biological Psychiatry 22:1280-1281

1987        Binder RL, Kazamatsuri H, Nishimura T, and McNiel DE: Tardive Dyskinesia and
            Neuroleptic-induced Parkinsonism in Japan. Am J of Psychiatry 144: 1494-96

1987        Hargreaves WA, Zachary R, LeGoullon, Binder RL, and Reus V: Neuroleptic Dose: A
            Statistical Model for Analyzing Historical Trends. Journal of Psychiatric Research
            21:199-214

1987        Binder RL and McNiel DE: Evaluation of a School-Based Sexual Abuse Prevention
            Program: Cognitive and Emotional Effects. Child Abuse and Neglect 11:497-506

1988        Binder RL and McNiel DE: Effects of Diagnosis and Context on Dangerousness. American
            Journal of Psychiatry 145:728-732

1988        McNiel DE, Binder RL, and Greenfield TK: Predictors of Violence in Civilly Committed
            Acute Psychiatric Patients. American Journal of Psychiatry 145:965-970

1988    Goldberg FS, McNiel DE, and Binder RL: Therapeutic Factors in Two Forms of Inpatient Group Psychotherapy. Music Therapy and Verbal Therapy. Group 12:146-156

1989    McNiel DE, Greenfield T, Atkisson C, and Binder RL: Factor Structure of a Brief Symptom Checklist for Acute Psychiatric Inpatients. Journal of Clinical Psychology 45:66-72

1989    Ormiston S, Barrett N, Binder RL and Molyneux V: A Model for the Development of a Partially Computerized Treatment Plan. Hospital and Community Psychiatry 40:531-533

1989    McNiel DE and Binder RL: Relationship Between Preadmission Threats and Later Violent Behavior by Acute Psychiatric Inpatients. Hospital and Community Psychiatry 40:605-608

1989    Haller E, Binder RL, and McNiel DE: Violence in Geriatric Patients with Dementia. Bulletin of the American Academy of Psychiatry and the Law 17:183-188

1989    Greenfield TK, McNiel DE, and Binder RL: Violent Behavior and Length of Psychiatric Hospitalization. Hospital and Community Psychiatry 90:809-814

1990    Binder RL and McNiel DE: The Relationship of Gender to Violence by Acutely Disturbed Psychiatric Patients. Journal of Clinical Psychiatry 51:110-114

1990    Lowenstein M, Binder RL, and McNiel DE: The Relationship Between Admission Symptoms and Hospital Assaults. Hospital and Community Psychiatry 41:311-313

1990    Kalunian DA, Binder RL, and McNiel DE: Violence by Geriatric Patients Who Need Psychiatric Hospitalization. Journal of Clinical Psychiatry 51:340-343

1990    Haller E and Binder RL: Clozapine: A New and Different Neuroleptic. Western Journal of Medicine 153:62-64

1990    Haller E and Binder RL: Clozapine and Seizures. American Journal of Psychiatry 147:1069-1071

1991    McNiel DE and Binder RL: Clinical Assessment of the Risk of Violence Among Psychiatric Inpatients. American Journal of Psychiatry 148:1317-1321

1991    Binder RL, Trimble MR, and McNiel DE: The Course of Psychological Symptoms After Resolution of Lawsuits. American Journal of Psychiatry 148:1073-1075

1991    Binder RL, Trimble MR, and McNiel DE: Is Money a Cure? Follow-Up of Litigants in England. Bulletin of American Academy of Psychiatry and the Law 19:151-160

1991    Binder RL: Women Clinicians and Patient Assaults. Bulletin of American Academy of Psychiatry and the Law 19:291-296

1991    Binder RL and McNiel DE: Involuntary Patients' Right to Refuse Medication: Impact of the Riese Decision on a California Inpatient Unit. Bulletin of American Academy of Psychiatry and the Law 19:351-357

1992    McNiel DE, Rosales IB and Binder RL: Family Attitudes that Predict Home Placement of Hospitalized Psychiatric Patients. Hospital and Community Psychiatry 43:1035-1037

1992    Binder RL: Sexual Harassment: Issues for Forensic Psychiatrists. Bulletin of American Academy of Psychiatry and the Law 20:409-418

1993    Straznickas K, McNiel DE and Binder RL: Violence Toward Family Caregivers of the Mentally Ill. Hospital and Community Psychiatry 44:385-387

1994    McNiel DE, Binder RL: The Relationship Between Acute Psychiatric Symptoms, Diagnosis and Short-Term Risk of Violence. Hospital and Community Psychiatry 45:133-137

1994    McNiel DE and Binder RL: Screening for Risk of Inpatient Violence: Validation of an Actuarial Tool. Law and Human Behavior. 18:579-586

1994    Binder RL, McNiel DE, and Goldstone RL: Patterns of Recall of Childhood Sexual Abuse as Described by Adult Survivors. Bulletin of American Academy of Psychiatry & the Law 22:357-366

1994    Binder RL, McNiel DE: Staff Gender and Risk of Assault on Doctors and Nurses. Bulletin of American Academy of Psychiatry & the Law 22:545-550

1995    McNiel DE, Binder RL: Correlates of Accuracy in Assessing Violence Risk. American Journal of Psychiatry. 152:901-906

1996    Binder RL, McNiel DE, Goldstone RL: Adult Survivors of Childhood Sexual Abuse: Is Adaptive Coping Possible? Psychiatric Services. 47:186-188

1996    Haller E, McNiel DE, Binder RL: Impact of a Smoking Ban on a Locked Psychiatric Unit. Journal of Clinical Psychiatry. 57:329-332

1996    Binder RL, McNiel DE: Application of the Tarasoff Ruling and Its Effect on the Victim and the Therapeutic Relationship. Psychiatric Services. 47:1212-1215

1997    McNiel DE, Binder RL: The Impact of Hospitalization on Clinical Assessments of Suicide Risk. Psychiatric Services. 48:204-208

1997    Beauford JE, McNiel DE, Binder RL: Utility of the Initial Therapeutic Alliance in Evaluating Patients' Risk of Violence. American Journal of Psychiatry. 154:1272-1276

1998    Binder RL, McNiel DE, Sandberg DA: A Naturalistic Study of Clinical use of Risperidone. Psychiatric Services. 49:524-526

1998    Sandberg DA, McNiel DE, Binder RL: Characteristics of Psychiatric Inpatients who Stalk, Threaten, and Harass Staff After Discharge. American Journal of Psychiatry, 155:1102-1105.

1998    McNiel DE, Binder RL, Fulton FM: Management of Threats of Violence Under California's 'Duty to Protect' Statute. American Journal of Psychiatry. 155:1097-1101

1998    McNiel DE, Sandberg DA, Binder RL: The Relationship Between Confidence and Accuracy in Clinical Assessment of Patients' Potential for Violence. Law Hum Behav 22:655-669

1999    Binder RL: Are the Mentally Ill Dangerous? Journal of the American Academy of Psychiary and the Law. 27:189-201

1999    Binder RL, McNiel DE: Contemporary Practices in the Management of Acutely Violent Patients: A Survey of 20 Psychiatric Emergency Rooms. Psychiatric Services. 50:1553-1554

2000    Gerbasi J, Bonnie R, Binder RL: Mandatory Outpatient Treatment. Journal of the American Academy of Psychiatry and the Law. 28:127-144 (SPECIAL ARTICLE with four commentaries and editorial)

2000    Lam JN, McNiel DE, Binder RL: The Relationship between Patients' Gender and Violence Leading to Staff Injuries. Psychiatric Services. 51:1167-1170

2000    McNiel DE, Eisner JP, Binder RL: The Relationship between Command Hallucinations and Violence. Psychiatric Services. 51:1288-1292

2001    McNiel DE, Lam JN, Binder RL: Relevance of Interrater Agreement to Violence Risk Assessment. Journal of Consulting and Clinical Psychology. 68:1111-1115

2002    Sandberg DA, McNiel DE, Binder RL: Stalking, Threatening, and Harassing Behavior by Psychiatric Patients Toward Clinicians. Journal of the American Academy of Psychiatry and the Law. 30: 221-229

2002    Binder RL: Liability for the Psychiatrist Expert Witness. American Journal of Psychiatry. 159: 1819-1825

2003    McNiel DE, Eisner JP, Binder RL: The Relationship Between Aggressive Attributional Style and Violence by Psychiatric Patients. Journal of Consulting and Clinical Psychology. 71: 399-403

| | |
|---|---|
| 2003 | McNiel DE, Gregory AL, Lam JN, Binder RL, Sullivan GR: Utility of Decision Support Tools for Assessing Acute Risk of Violence. Journal of Consulting and Clinical Psychology. 71: 945-953 |
| 2004 | Binder RL: Reflections of a Forensic Psychiatrist in Washington: Politics and Policy. Journal of the American Academy of Psychiatry and the Law. 32: 324-328 |
| 2005 | McNiel DE, Binder RL: Psychiatric Emergency Service Use and Homelessness, Mental Disorder, and Violence. Psychiatric Services. 56: 699-704 |
| 2005 | McNiel DE, Binder RL, Robinson JC: Incarceration Associated with Homelessness, Mental Disorder, and Co-occurring Substance Abuse. Psychiatric Services. 56: 840-846 |
| 2007 | Binder RL, McNiel DE: "He Said-She Said": The Role of the Forensic Evaluator in Determining Credibility of Plaintiffs Who Allege Sexual Exploitation and Boundary Violations. Journal of the American Academy of Psychiatry and the Law.  35: 211-218 |
| 2007 | McNiel DE, Binder RL: Effectiveness of a Mental Health Court for Reducing Criminal Recidivism and Violence. American Journal of Psychiatry. 164: 1395-1403 |
| 2008 | McNiel DE, Chamberlain J, Hall S, Fordwood, S, Binder RL: Impact of Clinical Training on Violence Risk Assessment. American Journal of Psychiatry. 165: 195-200 |

**OTHER PUBLICATIONS:**

| | |
|---|---|
| 1973 | Binder RL and Jonelis FJ: Continuing Medical Education in Israel. In Reports of the 1972 United States Public Health Service Fellows, Hadassah University Press, 1973, pp. 76-89 |
| 1978 | Binder RL: Dealing with Patients' Suicides. Letter to the Editor. American Journal of Psychiatry 135:1113 |
| 1979 | Binder RL: Crisis Intervention as Psychotherapy. Book Review. Psychosomatics 20:288-289 |
| 1982 | Binder RL and Levy R: Physical and Ethnic Variables in Dosage of Asians. Letter to the Editor. American Journal of Psychiatry 139:539-540 |
| 1982 | Binder RL: What Are the Psychological Barriers Which Prevent Women from Reporting That They Have Been Sexually Assaulted? Sexual Medicine Today, June 16, 1982 |
| 1983 | Binder RL: The Woman Patient, Volume 2: Concepts of Femininity and the Life Cycle. Book Review. Hospital and Community Psychiatry 34:562 |
| 1984, 1988, 1992 | Binder RL: Organic Mental Disorders. Chapter in Review of General Psychiatry. Edited by H. Goldman.  Lange Medical Publications. (First, Second and Third Editions) |
| 1995 | Haller E and Binder RL: Delirium, Dementia, and Amnestic Disorders. Chapter in Review of General Psychiatry, Edited by H. Goldman, Lange Medical Publications (Fourth Edition) |
| 1991 | Binder RL: The Mental Health Professional and the Legal System. GAP Committee on Psychiatry and the Law. Brunner/Mazel, Inc. (Member of Committee authoring book) |
| 1992 | American Psychiatric Association Task Force Report on Clinician Safety (Task Force Report 33) |
| 1995 | Binder RL: Women Clinicians and Patient Assaults. Chapter in Patient Violence and the Clinician (Clinical Practice Series #30). Edited by Burr Eichelman and Anne Hartwig. American Psychiatric Press pp.21-32. |
| 1993-94 | American Psychiatric Association Videotape and Study Guide, "Preserving Confidentiality: A Videotaped Guide for Psychiatrists" (Organizer and coordinator of scriptwriting, producing and directing of videotape and preparing the study guide) |

1994        McNiel DE and Binder RL: Minimizing Violence. Letter to the Editor. Hospital and
            Community Psychiatry 45:830-831

1995        American Psychiatric Association Practice Guideline for Psychiatric Evaluation of Adults.
            American Journal of Psychiatry Supplement: 66-80 (I was a member of work group
            that developed guidelines)

1998        Binder RL: American Psychiatric Association Resource Document on Controversies in
            Child Custody. J Am Acad Psychiatry Law. 26:267-276 (I was the chair of the work
            group that developed this resource document.)

1999        American Psychiatric Association Resource Document on Mandatory Outpatient Treatment
            [I was a co-author of the document.]

2001        McNiel DE, Eisner JP, and Binder RL: The Paradox of Command Hallucinations. Letter
            to the Editor. Psychiatric Services 52:385-386

2006        American Psychiatric Association Practice Guideline for the Psychiatric Evaluation of
            Adults, Second Edition.  American Journal of Psychiatry Supplement 163.  [I was a
            member of the work group that wrote the guidelines.]

2006        Binder RL: Commentary: The Importance of Professional Judgment in Evaluation of
            Stalking and Threatening Situations. J Am Acad Psychiatry Law. 34: 451-454

**EXHIBIT B**

## CURRICULUM VITAE

Prepared: February 26, 2008

**Name:**                                  Dale Edward McNiel

**Address:**                               Langley Porter Psychiatric Institute
Department of Psychiatry
University of California, San Francisco
401 Parnassus Avenue
San Francisco, California 94143-0984

Telephone: (415) 476-7379
Fax: (415) 476-7404
E-mail: dalem@lppi.ucsf.edu

**Current Title and Department:**          Professor of Clinical Psychology, Step IV
Department of Psychiatry, School of Medicine
University of California, San Francisco

Chief Psychologist
Langley Porter Psychiatric Hospital and Clinics
University of California, San Francisco

**EDUCATION:**

| Dates Attended | Institution and Location | Degree Conferred | Major Subject(s) |
|---|---|---|---|
| 1974-78 | Lewis & Clark College Portland, Oregon | 1978, B.A. cum laude | (1) Psychology (2) Religious Studies |
| 1978-81 | University of Arizona Tucson, Arizona | 1981, M.A. | Clinical Psychology |
| 1981-83 | University of Arizona Tucson, Arizona | 1983, Ph.D. | Clinical Psychology (Minor: Neuropsychology) |
| 1982-83 | University of California San Francisco | Predoctoral Fellow | Clinical Psychology |
| 1983-84 | University of California San Francisco | Postdoctoral Fellow | Clinical Psychology |

**LICENSES AND CERTIFICATIONS:**

California Psychologist License Number PSY 8652

Board Certified in Clinical Neuropsychology, American Board of Professional Psychology (ABPP)

Board Certified in Forensic Psychology, American Board of Professional Psychology (ABPP)

Listed in National Register of Health Service Providers in Psychology

EXHIBIT " B "

Dale E. McNiel                                                    University of California, San Francisco
                                                                                              p. 2

## EMPLOYMENT:

### Principal Positions Held:

| Dates | Institution and Location | Position |
|---|---|---|
| 1984-90 | Department of Psychiatry, School of Medicine, University of California, San Francisco | Assistant Professor of Psychology (Adjunct Series) |
| 1990-96 | Department of Psychiatry, School of Medicine, University of California, San Francisco | Associate Professor of Psychology (Adjunct Series) |
| 1996-2003 | Department of Psychiatry, School of Medicine, University of California, San Francisco | Professor of Psychology (Adjunct Series) |
| 2003-now | Department of Psychiatry School of Medicine, University of California, San Francisco | Professor of Clinical Psychology |

### Other Positions Held:

| | | |
|---|---|---|
| 1976-78 | MeRe Center Group Home, Portland, Oregon | Skill Trainer (with developmentally disabled adults (half-time) |
| 1978 | Tualatin Valley Workshop, West Group Home, Forest Grove, Oregon | Training Coordinator (supervision of 7 staff working with developmentally disabled adults) |
| 1978-79 | Department of Psychology, University of Arizona, Tucson, Arizona | Teaching Assistant (half-time) |
| 1979-80 | Department of Psychiatry, Kino Community Hospital, Tucson, Arizona | Clinical Psychology Extern (half-time) |
| 1980 | Department of Psychology, University of Arizona, Tucson, Arizona | Instructor (half-time) |
| 1980-81 | Department of Psychiatry, College of Medicine, University of Arizona, Tucson, Arizona | Clinical Psychology Extern (half-time) |
| 1981-82 | Palo Verde Hospital, Tucson, Arizona | Clinical Psychology Extern (half-time) |
| 1984-1990 | Psychiatric Intensive Care Unit, Langley Porter Psychiatric Institute, San Francisco, California | Clinical Psychologist (provision of psychological and neuropsychological evaluations, direction of the Family Therapy Program) |

Dale E. McNiel                                                                    University of California, San Francisco
                                                                                                                      p. 3

| | | |
|---|---|---|
| 1990-2001 | Institute for Mental Health Services Research, NIMH Center for Research on the Organization and Financing of Care for the Severely Mentally Ill, California Public Health Foundation | Affiliated Investigator |
| 1990-2003 | Langley Porter Psychiatric Hospital and Clinics University of California, San Francisco. | Director of Psychological Services |
| 1990-2003 | Langley Porter Psychiatric Hospital and Clinics University of California, San Francisco | Psychologist III |
| 1990-2003 | Langley Porter Psychiatric Hospital and Clinics University of California, San Francisco | Director of Psychological Assessment Clinic |
| 1990-1996; 1997-now | Department of Psychiatry School of Medicine, University of California, San Francisco | Associate Director, Clinical Psychology Training Program (APA-accredited) |
| 1996-1997 | Department of Psychiatry, School of Medicine, University of California, San Francisco | Acting Director, Clinical Psychology Training Program |
| 1997-1999 | Langley Porter Psychiatric Hospital and Clinics San Francisco, California | President-Elect, Medical Staff |
| 2000-2002 | Langley Porter Psychiatric Hospital and Clinics San Francisco, California | President, Medical Staff |
| 2003-now | Langley Porter Psychiatric Hospital and Clinics University of California, San Francisco | Chief Psychologist |

**HONORS AND AWARDS:**

| | |
|---|---|
| 1977-78 | George Pamplin Scholarship |
| 1979-80 | Clinical Psychology Training Grant, National Institute of Mental Health |
| 1981 | Certificate of Outstanding Service and Performance in Clinical Psychology. Awarded by the Department of Psychiatry, College of Medicine, University of Arizona, Tucson, Arizona. |
| 1992 | Keynote speaker at a symposium on Mental Health and Dangerousness, sponsored by the Maryland Mental Hygiene Administration and the Clifton T. Perkins Hospital Center, Baltimore, Maryland. |
| 1996 | Fellow, American Psychological Association (Division of Psychology and Law). |
| 1997, 2001 | Staff Performance Award, Department of Psychiatry, School of Medicine, University of California, San Francisco. |
| 2003 | Fellow, American Psychological Association (Division of Clinical Psychology). |
| 2003 | Keynote Speaker, 15th Annual Research Day, Department of Psychiatry and Behavioural Neurosciences, McMaster University, Hamilton, Ontario, Canada. |

Dale E. McNiel                                                                          University of California, San Francisco
                                                                                                                                p. 4

2005                        Dorfman Journal Paper Award (with Stuart J. Eisendrath), Presented by the Academy of Psychosomatic
                            Medicine. Best case report: Factitious physical disorders, litigation, and mortality.

## PROFESSIONAL ACTIVITIES:

### Clinical:

As Chief Psychologist at Langley Porter Psychiatric Hospital and Clinics, I am responsible for overseeing the clinical activities of
psychologists at the facility, organizing and administering the psychology program and integrating it with the teaching and research
programs of the University, evaluating program effectiveness, recruiting, selecting, and evaluating the performance of psychology
staff, and providing consultation to other health services as necessary.

I provide direct service as a member of the treatment team on the Adult Inpatient Program at Langley Porter Psychiatric Hospital and
Clinics.

I direct neuropsychological assessment services at Langley Porter Psychiatric Hospital and Clinics, which involves coordination of six
clinical neuropsychologists, a senior psychometrist, and several pre- and postdoctoral psychology fellows.

### Membership in Professional Organizations:

American Psychological Association
        APA Division:      40 (Clinical Neuropsychology)
                           41 (Psychology and Law) (Fellow)
                           12 (Clinical Psychology) (Fellow)
American Academy of Clinical Neuropsychology (Fellow)
American Academy of Forensic Psychology (Fellow)
National Academy of Neuropsychology
International Neuropsychological Society

### Work for Professional Organizations:

1991, 1992,          Reviewed submissions for the Annual Convention of the American Psychological Association
1999, 2000                   (Division of Psychology and Law).
2002, 2003
2004, 2006,
2007

1991                 Reviewed submissions for the 1992 Annual Convention of the Western Psychological Association.

1992                 Reviewed submissions for the 1993 Combined Annual Convention of the Western Psychological Association
                             and Rocky Mountain Psychological Association.

1993, 1999,          Reviewed submissions for the Conference of the American Psychology - Law Society,
2001, 2003                   Division of Psychology and Law of the American Psychological Association.
2004, 2007

1997-1998            Co-Chair, Program Committee, 1998 Annual Convention of the American Psychological Association
                             (Division of Psychology and Law).

1998-1999            Chair, Program Committee, 1999 Annual Convention of the American Psychological Association
                             (Division of Psychology and Law).

Dale E. McNiel                                                                    University of California, San Francisco
                                                                                                              p. 5

| | |
|---|---|
| 1999 | Member, Risk Assessment Work Group, Presidential Initiative on Reviewing the Discipline: A Bridge to the Future, American Psychology – Law Society, Division of Psychology and Law, American Psychological Association. |
| 1999 | Member, Task Force on Education and Training in Behavioral Emergencies, Section VII (Clinical Emergencies and Crises), Division of Clinical Psychology, American Psychological Association. |
| 1999 | Reviewed submissions for the Law and Psychology International Conference, Cosponsored by the American Psychology – Law Society / European Association of Psychology and Law. |
| 2000, 2003 2005, 2007 | Work Sample Reviewer, American Board of Clinical Neuropsychology / American Board of Professional Psychology (ABPP). |
| 2000 | Chair,  Program Committee, 2001 Annual Convention of the American Psychological Association, Division of Clinical Psychology (Section VII, Clinical Emergencies and Crises). |
| 2001 | President-Elect, Section VII (Clinical Emergencies and Crises), Division of Clinical Psychology, American Psychological Association. |
| 2001 | Co-Chair, Program Committee, 2002 Annual Convention of the American Psychological Association, Division of Clinical Psychology (Section VII, Clinical Emergencies and Crises). |
| 2002 | President, Section VII (Clinical Emergencies and Crises), Division of Clinical Psychology, American Psychological Association. |
| 2003 | Past-President, Section VII (Clinical Emergencies and Crises), Division of Clinical Psychology, American Psychological Association. |
| 2003 | Chair, Nominations and Elections Committee, Section VII (Clinical Emergencies and Crises), Division of Clinical Psychology, American Psychological Association. |
| 2003 | Consultant to Workgroup on Discharge Guidelines for Inpatient and Residential Treatment Facilities. American Association of Suicidology. |
| 2004-now | Advisory Committee, Section VII (Clinical Emergencies and Crises), Division of Clinical Psychology, American Psychological Association. |
| 2006, 2007 | Reviewed submissions for the Annual Convention of the American Psychological Association (Division of Clinical Psychology). |
| 2007 | Specialty Program Chair (Adult Clinical Issues), Program Committee, 2008 Annual Convention of the American Psychological Association (Division of Psychology and Law). |

**Service to Professional Publications (Reviewer):**

*International Journal of Forensic Mental Health* (Editorial Board, 2005 – now)
*Journal of the American Academy of Psychiatry and the Law* (Editorial Board, 2007 – now)
*American Journal of Family Therapy* (Editorial Board, 1988 – 1998)
*Journal of Consulting and Clinical Psychology*
*American Journal of Psychiatry*
*Archives of General Psychiatry*
*Psychological Assessment*

Dale E. McNiel                                                                 University of California, San Francisco
                                                                                                                    p. 6

*Psychiatric Services*
*Hospital and Community Psychiatry*
*Law and Human Behavior*
*Criminal Justice and Behavior*
*Behavioral Sciences and the Law*
*Journal of Family Psychology*
*Schizophrenia Bulletin*
*Psychiatry*
*Assessment*
*British Journal of Clinical Psychology*
*Journal of Mental Health Administration*
*Journal of Nervous and Mental Disease*
*Acta Psychiatrica Scandinavica*
*Evaluation and Program Planning*
*Journal of Clinical Psychology*
*Canadian Journal of Behavioral Science*
*Criminal Behaviour and Mental Health*

**RESEARCH AND CREATIVE ACTIVITY**:

**Original Articles in Peer-Reviewed Journals:**

1.  McNiel, D.E., and Binder, R.L. (1985). Teaching psychiatric residents about referring inpatients for psychological testing. *Journal of Psychiatric Education, 9,* 240-247.

2.  Binder, R.L., McNiel, D.E., and Fischman, P.S. (1985). Attitude change concerning right to refuse treatment: The impact of experience. *American Journal of Psychiatry, 142,* 1362-1365.

3.  McNiel, D.E., and Binder, R.L. (1986). Violence, civil commitment, and hospitalization. *Journal of Nervous and Mental Disease, 174,* 107-111.

4.  Binder, R.L., and McNiel, D.E. (1986). Victims and families of violent psychiatric patients. *Bulletin of the American Academy of Psychiatry and the Law, 14,* 131-139.

5.  McCulloch, L.E., McNiel, D.E., Binder, R.L., and Hatcher, C. (1986). Effects of a weapon screening procedure in a psychiatric emergency room. *Hospital and Community Psychiatry, 37,* 837-838. (Reprinted in *Management of Violent Behavior.* (pp.41-42.) Washington, D.C.: Hospital and Community Psychiatry Service, 1988.)

6.  McNiel, D.E., Arkowitz, H.S., and Pritchard, B. (1987). The response of others to face-to-face interaction with depressed patients. *Journal of Abnormal Psychology, 96,* 341-344.

7.  McNiel, D.E., and Binder, R.L. (1987). Predictive validity of judgments of dangerousness in emergency civil commitment. *American Journal of Psychiatry, 144,* 197-200.

8.  McNiel, D.E., and Binder, R.L. (1987). Patients who bring weapons to the psychiatric emergency room. *Journal of Clinical Psychiatry, 48,* 230-233.

9.  Binder, R.L., and McNiel, D.E. (1987). Evaluation of a school-based sexual abuse prevention program: Cognitive and emotional effects. *Child Abuse and Neglect, 11,* 497-506.

10. Binder, D.E., Kazamatsuri, H., Nishimura, T., and McNiel, D.E. (1987). Tardive dyskinesia and neuroleptic-induced parkinsonism in Japan. *American Journal of Psychiatry, 144,* 1494-1496.

Dale E. McNiel                                                                                  University of California, San Francisco
                                                                                                                                    p. 7

11.   Binder, R.L., Kazamatsuri, H., Nishimura, T., and McNiel, D.E.  (1987). Smoking and tardive dyskinesia.  *Biological
        Psychiatry, 22,* 1280-1282.

12.   McNiel, D.E., Binder, R.L. and Greenfield, T.K. (1988).  Predictors of violence in civilly committed acute psychiatric patients.
        *American Journal of Psychiatry, 145,* 965-970.

13.   McNiel, D.E., Hatcher, C., and Reubin, R. (1988). Family survivors of suicide and accidental death: Consequences for widows.
        *Suicide and Life Threatening Behavior, 18,*137-148.

14.   Binder, R.L. and McNiel, D.E.  (1988). Effects of diagnosis and context on dangerousness.  *American Journal of Psychiatry,
        145,* 728-732.

15.   Goldberg, F.G., McNiel, D.E., and Binder, R.L. (1988). Therapeutic factors in two forms of inpatient group psychotherapy:
        Music therapy and verbal therapy. *Group:  Journal of the Eastern Group Psychotherapy Association, 12,* 145-156.

16.   McNiel, D.E., and Binder, R.L. (1989).  Relationship between threats and later violent behavior by acute psychiatric inpatients.
        *Hospital and Community Psychiatry, 40,* 605-608.

17.   McNiel, D.E., Greenfield, T.K., Attkisson, C.C., and Binder, R.L. (1989). Factor structure of a brief symptom checklist for acute
        psychiatric inpatients.  *Journal of Clinical Psychology, 45,* 66-72.

18.   Greenfield, T.K., McNiel, D.E., and Binder, R.L.  (1989) Violent behavior and length of psychiatric hospitalization.  *Hospital
        and Community Psychiatry, 40,* 809-814.

19    Haller, E., Binder, R.L., and McNiel, D.E. (1989).Violence in geriatric patients with dementia.  *Bulletin of the American
        Academy of Psychiatry and the Law, 17,* 183-188.

20.   Binder, R.L., and McNiel, D.E.  (1990). The relationship between gender and violent behavior by acutely disturbed psychiatric
        patients.  *Journal of Clinical Psychiatry, 51,* 110-114.

21.   Lowenstein, M., Binder, R.L., and McNiel, D.E. (1990). The relationship between admission symptoms and hospital assaults.
        *Hospital and Community Psychiatry, 41,* 311-313.

22.   Kalunian, D.A., Binder, R.L., and McNiel, D.E.  (1990). Violence by geriatric patients who need psychiatric hospitalization.
        *Journal of Clinical Psychiatry, 51,* 340-343.

23.   Kadis, L.B., Villa, M.M., McNiel, D.E., and McClendon, R. (1990). Alcoholism and the family in Peru: The impact of an
        alcoholic on teenagers' perceptions of the family.  *American Journal of Family Therapy, 18,* 345-354.

24.   McNiel, D.E., and Binder, R.L. (1991). Clinical assessment of the risk of violence among psychiatric inpatients.  *American
        Journal of Psychiatry, 148,* 1317-1321.

25.   McNiel, D.E., Hatcher, C., Zeiner, H.S., Myers, R.S., and Wolfe, H.L. (1991). Characteristics of persons referred by police to
        the psychiatric emergency room. *Hospital and Community Psychiatry, 42,* 425-427.

26.   Binder, R.L., and McNiel, D.E. (1991).  Involuntary patients' right to refuse medication:  Impact of the Riese decision on a
        California inpatient unit.  *Bulletin of the American of Psychiatry and the Law, 19,* 351-357.

27.   Binder, R.L., Trimble, M.R., and McNiel, D.E.  (1991). The course of psychological symptoms after resolution of lawsuits.
        *American Journal of Psychiatry, 148,* 1073-1075.

Dale E. McNiel                                                                                          University of California, San Francisco
                                                                                                                                                   p. 8

28.  Binder, R.L., Trimble, M.R., and McNiel, D.E. (1991). Is money a cure? Follow-up of litigants in England. *Bulletin of the American Academy of Psychiatry and the Law, 19,* 151-160.

29.  McNiel, D.E., Myers, R.S., Zeiner, H.S., Wolfe, H.L., and Hatcher, C. (1992). The role of violence in decisions about hospitalization from the psychiatric emergency room. *American Journal of Psychiatry, 149,* 207-212.

30.  McNiel, D.E., Rosales, I.B., and Binder, R.L. (1992). Family attitudes that predict home placement of hospitalized psychiatric patients. *Hospital and Community Psychiatry, 43,* 1035-1037.

31.  Straznickas, K.A., McNiel, D.E., and Binder, R.L. (1992). Violence toward family caregivers of the mentally ill. *Hospital and Community Psychiatry, 44,* 385-387.

32.  McNiel, D.E., and Binder, R.L. (1994). Screening for risk of inpatient violence: Validation of an actuarial tool. *Law and Human Behavior, 18,* 579-586.

33.  McNiel l, D.E., and Binder, R.L. (1994). The relationship between acute psychiatric symptoms, diagnosis, and short- term risk of violence. *Hospital and Community Psychiatry, 45,* 133-137. (Reprinted in *Violent Behavior and Mental Illness.* (pp. 55-59). Washington, D.C.: American Psychiatric Association, 1997.)

34.  Binder, R.L., and McNiel, D.E. (1994). Staff gender and risk of assault on doctors and nurses. *Bulletin of the American Academy of Psychiatry and the Law, 22,* 545-550.

35.  Binder, R.L., McNiel, D.E., and Goldstone, R.L. (1994). Patterns of recall of childhood sexual abuse described by adult survivors. *Bulletin of the American Academy of Psychiatry and the Law, 22,* 357-366.

36.  McNiel, D.E., and Binder, R.L. (1995). Correlates of accuracy in the assessment of psychiatric inpatients' risk of violence. *American Journal of Psychiatry, 152,* 901-906.

37.  Binder, R.L., and McNiel, D.E. (1996). Application of the Tarasoff ruling and its effect on the victim and the therapeutic relationship. *Psychiatric Services, 47,* 186-188.

38.  Binder, R.L., McNiel, D.E., and Goldstone, R.L. (1996). Is adaptive coping possible for adult survivors of childhood sexual abuse? *Psychiatric Services, 47,* 186-188.

39.  Haller, E., McNiel, D.E., and Binder, R.L. (1996). Impact of a smoking ban on a locked psychiatric unit. *Journal of Clinical Psychiatry, 57,* 329-332.

40.  McNiel, D.E. (1997). Correlates of violence in psychotic patients. *Psychiatric Annals, 27,* 683-690.

41.  McNiel, D.E. and Binder, R.L. (1997). The impact of hospitalization on clinical assessments of suicide risk. *Psychiatric Services, 48,* 204-208.

42.  Beauford, J.E., McNiel, D. E., and Binder, R.L. (1997). Utility of the initial therapeutic alliance in evaluating psychiatric patients' risk of violence. *American Journal of Psychiatry, 154,* 1272-1276.

43.  McNiel, D.E., Binder, R.L., and Fulton, F.M. (1998). Management of threats of violence under California's "duty to protect" statute. *American Journal of Psychiatry, 155,* 1097-1101. (Correction published in *American Journal of Psychiatry, 155,* 465, 1998.)

44.  McNiel, D.E., Sandberg, D.A., and Binder, R.L. (1998). The relationship between confidence and accuracy in clinical assessment of psychiatric patients' risk of violence. *Law and Human Behavior, 22,* 655-669.

Dale E. McNiel

University of California, San Francisco
p. 9

45.  Binder, R.L., McNiel, D.E., and Sandberg, D.A. (1998). A naturalistic study of clinical use of risperidone. *Psychiatric Services, 49,* 524-526.

46.  Sandberg, D.A., McNiel, D.E., and Binder, R.L. (1998). Characteristics of psychiatric inpatients who stalk, threaten, and harass hospital staff after discharge. *American Journal of Psychiatry, 155,* 1102-1105.

47.  Binder, R.L., and McNiel, D.E. (1999). Contemporary practices in managing acutely violent patients in 20 psychiatric emergency rooms. *Psychiatric Services, 50,* 1553-1554.

48.  Heilbrun, K., Dvoskin, J., Hart, S., and McNiel, D.E. (1999). Violence risk communication: Implications for research, policy, and practice. *Health, Risk, and Society, 1,* 91-106.

49.  McNiel, D.E., Lam, J.N., and Binder, R.L. (2000). Relevance of inter-rater agreement to violence risk assessment. *Journal of Consulting and Clinical Psychology, 68,* 1111-1115.

50.  McNiel, D.E., Eisner, J.P., and Binder, R.L. (2000). The relationship between command hallucinations and violent behavior. *Psychiatric Services, 51,* 1288-1292.

51.  Lam, J.N., McNiel, D.E., and Binder, R.L. (2000). The relationship between patients' gender and violence leading to staff injuries. *Psychiatric Services, 51,* 1167-1170.

52.  Sandberg, D.A., McNiel, D.E., and Binder, R.L. (2002). Stalking, threatening, and harassing behavior by psychiatric patients toward clinicians. *Journal of the American Academy of Psychiatry and the Law, 30,* 221-229.

53.  Eisendrath, S.J., and McNiel, D.E. (2002). Factitious disorders in civil litigation: 20 cases illustrating the spectrum of abnormal illness-affirming behavior. *Journal of the American Academy of Psychiatry and the Law, 30,* 391-399.

54.  McNiel, D.E., Eisner, J.P., and Binder, R.L. (2003). The relationship between aggressive attributional style and violence by psychiatric patients. *Journal of Consulting and Clinical Psychology, 71,* 399-403.

55.  McNiel, D.E., Gregory, A.L., Lam, J.N., Binder, R.L., and Sullivan, G.R. (2003). Utility of decision support tools for assessing acute risk of violence. *Journal of Consulting and Clinical Psychology, 71,* 945-953. (Reprinted in Bloom, H., and Webster, C. *Essential Writings in Violence Risk Assessment and Management.* Toronto, Ontario, Canada: Center for Addiction and Mental Health, 2007.)

56.  Eisendrath, S.J., and McNiel, D.E. (2004). Factitious physical disorders, litigation, and mortality. *Psychosomatics, 45,* 350-353.

57.  McNiel, D.E., and Binder, R.L. (2005). Psychiatric emergency service use associated with homelessness, mental disorder, and violence. *Psychiatric Services 56,* 699-704.

58.  McNiel, D.E., Binder, R.L. and Robinson, J. (2005). Incarceration associated with homelessness, mental disorder, and co-occurring substance related disorders. *Psychiatric Services, 56,* 840-846.

59.  Monahan, J., Redlich, A.D., Swanson, J., Robbins, P.C., Appelbaum, P.S., Petrila, J., Steadman, H.J., Swartz, M., Angell, B., and McNiel, D.E. (2005). Use of leverage to improve adherence to psychiatric treatment in the community. *Psychiatric Services, 56,* 37- 44.

60.  Lang, A., and McNiel, D.E. (2006). Use of the Anxiety Control Questionnaire in psychiatric inpatients. *Depression and Anxiety, 3,* 107-112.

61.  McNiel, D.E., Weaver, C.M., and Hall, S.E. (2007). Base rates of firearm possession by hospitalized psychiatric patients. *Psychiatric Services, 58,* 551-553.

Dale E. McNiel                                     University of California, San Francisco

p. 10

62. Binder, R.L., and McNiel, D.E. (2007). "He said – she said": The role of the forensic evaluator in determining credibility of plaintiffs who allege sexual exploitation and boundary violations. *Journal of the American Academy of Psychiatry and the Law, 35,* 211-218.

63. McNiel, D.E., and Binder, R.L. (2007). Effectiveness of a mental health court in reducing criminal recidivism and violence. *American Journal of Psychiatry, 164,* 1395-1403.

64. McNiel, D.E., Chamberlain, J.R., Weaver, C.M., Hall, S.E., Fordwood, S.R., and Binder, R.L. (2008). Impact of clinical training on violence risk assessment. *American Journal of Psychiatry, 165,* 195-200.

**Book Chapters:**

1.    McNiel, D.E. (1994). Hallucinations and violence. In *Violence and Mental Disorder: Developments in Risk Assessment,* edited by J. Monahan and H.J. Steadman. Chicago: University of Chicago Press. (pp. 182-202).

2.    McNiel, D.E. (1998). Empirically-based clinical evaluation and management of the potentially violent patient. In *Emergencies in Mental Health Practice: Evaluation and Management,* edited by P.K. Kleespies. New York: Guilford. (pp. 95-116).

3.    McNiel, D.E., Borum, R., Douglas, K.S., Hart, S.D., Lyon, D., Sullivan, L.E., and Hemphill, J.F. (2002). Risk assessment. In *Taking Psychology and Law Into the Twenty-first Century,* edited by J.L. Ogloff. New York: Plenum. (pp. 147-170).

4.    McNiel, D.E. (in press). Assessment and management of acute risk of violence in adult patients. In *Evaluating and Managing Behavioral Emergencies: An Evidence-based Resource for the Mental Health Practitioner*, edited by P.K. Kleespies. Washington, D.C.: American Psychological Association.

**Other Publications:**

1.    McCulloch, L.E., McNiel, D.E., Binder, R.L., and Hatcher, C. (1987). Reply to J.W. Bonner: Weapon screening (letter). *Hospital and Community Psychiatry, 38,* 412-413.

2.    McNiel, D.E. Invited book review of Scull, Andrew. (1987). Decarceration: Community Treatment and the Deviant-A Radical View, 2nd edition. *Journal of Nervous and Mental Disease, 175,* 378-379.

3.    Binder, R.L., Kazamatsuri, H., Nishimura, T., and McNiel, D.E. (1989). Reply to S.C. Dilsaver and D.J. Smeltzer: Smoking and tardive dyskinesia (letter). *Biological Psychiatry, 24,* 364.

4.    Binder, R.L., and McNiel, D.E. (1989). Reply to A.J. Cooper: Effects of diagnosis and context on dangerousness (letter). *American Journal of Psychiatry, 146,* 289.

5.    McNiel, D.E., and Binder, R.L. (1994). Reply to T. Zibin, A. Byrne, and F. O'Croinin: Minimizing violence (letter). *Hospital and Community Psychiatry, 45,* 830-831.

6.    McNiel, D.E., and Binder, R.L. (1996). Reply to J.C. Beck: Correlates of accuracy in assessing psychiatric inpatients' risk of violence (letter). *American Journal of Psychiatry, 153,* 845-846.

7.    McNiel, D.E. (1997). Invited book review of Volavka, Jan. Neurobiology of Violence. *Psychiatric Services, 48,* 405.

8.    Haller, E., McNiel, D.E., and Binder, R.L. (1997). Reply to T. Pearlman: Impact of a smoking ban on a locked unit (letter). *Journal of Clinical Psychiatry, 54,* 179.

Dale E. McNiel                                                        University of California, San Francisco
                                                                                                    p. 11

9.   McNiel, D.E., Eisner, J.P., and Binder, R.L.  (2001). Reply to J. Junginger and L. McGuire: The paradox of command
      hallucinations (letter). *Psychiatric Services, 53*, 385-386.

10.  McNiel, D.E.  (2001). Highlights of the 109th Annual APA Convention in San Francisco, California. *Behavioral Emergencies
      Update, 3*, 1, 3.

11.  McNiel, D.E. (2002). Integrating science and practice in the evaluation and management of behavioral emergencies. *Behavioral
      Emergencies Update, 3*, 2, 1.

12.  McNiel, D.E.  (2003). Behavioral emergencies: Some issues for clinical psychologists. *Behavioral Emergencies Update, 4*, 1, 1.

**Technical Report**

2003  McNiel, D.E., and Binder, R.L.  *A comparison of the management of the homeless severely mentally ill in jails and in the
       community mental health system.* Final report of study funded by the Psychiatric Foundation of Northern California.

**PRESENTATIONS AT SCIENTIFIC AND PROFESSIONAL MEETINGS:**

**National:**

1985   McNiel, D.E., and Binder, R.L.  Violence, civil commitment, and psychiatric hospitalization. Paper presented at the Annual
        Convention of the American Psychological Association.  Los Angeles, California.

1985   Binder, R.L., and McNiel, D.E.  Victims of violence by psychiatric patients.  Paper presented at the Annual Meeting of the
        American Academy of Psychiatry and the Law. Albuquerque, New Mexico.

1986   McNiel, D.E., and Binder, R.L.  Predictive validity of judgments of dangerousness in emergency civil commitment.  Poster
        presented at the Annual Convention of the American Psychological Association. Washington, D.C.

1986   Binder, R.L., and McNiel, D.E.  Evaluation of a sexual abuse prevention program. Poster presented at the Annual Meeting of
        the American Psychiatric Association.  Washington, D.C.

1986   Goldberg, F., McNiel, D.E., and Binder, R.L.  Curative factors in music and verbal group psychotherapy. Paper presented at
        the Annual Conference of the National Association for Music Therapy.  Chicago, Illinois.

1987   McNiel, D.E., Binder, R.L., and Greenfield, T.K.  Predictors of violence in civilly committed acute psychiatric patients. Paper
        presented at the Annual Convention of the American Psychological Association.  New York, New York.

1987   McNiel, D.E., Greenfield, T.K., Attkisson, C.C., and Binder, R.L.  A brief symptom checklist for acute psychiatric inpatients.
        Poster presented at the Annual Convention of the American Psychological Association.  New York, New York.

1987   McNiel, D.E., and Binder, R.L.  Patterns of family violence associated with acute mental illness.  Paper presented at the Third
        National Family Violence Research Conference.  Durham, New Hampshire.

1987   Binder, R.L., and McNiel, D.E.  Effects of diagnosis and context on dangerousness.  Paper presented at the Annual Meeting
        of the American Academy of Psychiatry and the Law.  Ottawa, Ontario, Canada.

1987   Binder, R.L., Kazamatsuri, H., Nishimura, T., and McNiel, D.E.  Tardive dyskinesia and neuroleptic-induced parkinsonism in
        Japan.  Paper presented at the Annual Meeting of the American Psychiatric Association.  Chicago, Illinois.

1988   McNiel, D.E., and Binder, R.L.  Relationships between threats and violent behavior by acute psychiatric patients.  Paper
        presented at the Annual Convention of the American Psychological Association. Atlanta, Georgia.

Dale E. McNiel                                                                                          University of California, San Francisco
                                                                                                                                                        p. 12


1988   McNiel, D.E., Binder, R.L., and Greenfield, T.K.  Clinical judgments of dangerousness as predictors of inpatient violence.
           Paper presented at the Biennial Conference of the American Psychology-Law Society / Division 41 of the American
           Psychological Association.  Miami, Florida.

1988   Binder, R.L., and McNiel, D.E.  The relationship of gender to violent behavior by acute psychiatric patients.  Paper presented
           at the Annual Meeting of the American Academy of Psychiatry and the Law.  San Francisco, California.

1988   Haller, E., Binder, R. L., and McNiel, D.E.  Violence in geriatric patients with dementia.  Paper presented at the Annual
           Meeting of the American Academy of Psychiatry and the Law.  San Francisco, California.

1989   Binder, R.L., and McNiel, D.E.  Situational influences on symptoms associated with violence.  Paper presented at the Annual
           Meeting of the American Academy of Psychiatry and the Law.  Washington, D.C.

1989   Greenfield, T.K., McNiel, D.E., and Binder, R.L.  Violence and length of psychiatric hospitalization.  Paper presented at the
           Annual Meeting of the American Psychiatric Association.  San Francisco, California.

1990   McNiel, D.E., and Binder, R.L.  Reliability and validity of clinical assessments of short-term violence risk.  Paper presented at
           the Annual Convention of the American Psychological Association.  Boston, Massachusetts.

1990   McNiel, D.E., and Binder, R.L.  Violence risk assessment with psychiatric inpatients.  Paper presented at the Biennial
           Conference of the American Psychology-Law Society / Division 41 of the American Psychological Association.
           Williamsburg, Virginia.

1990   Binder, R.L., and McNiel, D.E.  Violence and decompensating schizophrenic patients.  Paper presented at the Annual Meeting
           of the American Psychiatric Association.  New York, New York.

1991   McNiel, D.E., Myers, R.S., Zeiner, H., Wolfe, H.S., and Hatcher, C.  Violence and decisions about hospitalization from the
           psychiatric emergency room.  Paper presented at the Annual Convention of the American Psychological Association.  San
           Francisco, California.

1991   Binder, R.L., Trimble, M.R., and McNiel, D.E.  Course of psychological symptoms after lawsuits.  Poster presented the
           Annual Meeting of the American Psychiatric Association.  New Orleans, Louisiana.

1991   Binder, R.L., and McNiel, D.E.  The impact of the Riese decision on an inpatient unit.  Paper presented at the Annual Meeting
           of the American Academy of Psychiatry and the Law.  Orlando, Florida.

1991   Binder, R.L., Trimble, M.R., and McNiel, D.E.  Is money a cure?  Follow-up of litigants in England.  Paper presented at the
           Annual Meeting of the American Academy of Psychiatry and the Law.  Orlando, Florida.

1992   McNiel, D.E., and Binder, R.L.  The relationship between psychiatric symptoms, diagnosis, and imminent violence risk.
           Paper presented at the Annual Convention of the American Psychological Association.  Washington, D.C.

1992   McNiel, D.E., and Binder, R.L.  Screening for violence risk:  Validation of an actuarial tool.  Paper presented at the Biennial
           Conference of the American Psychology - Law Society / Division 41 of the American Psychological Association.  San
           Diego, California.

1993   McNiel, D.E., and Binder, R.L.  Inter-rater agreement:  A strategy for improving violence risk assessment.  Paper presented at
           the Annual Convention of the American Psychological Association.  Toronto, Ontario, Canada.

1993   McNiel, D.E., and Binder, R.L.  Correlates of accuracy in assessing violence risk.  Paper presented at the Annual Meeting of
           the American Psychiatric Association.  San Francisco, California.

Dale E. McNiel                                                                                    University of California, San Francisco
                                                                                                                                      p. 13

1993    Binder, R.L., McNiel, D.E., and Goldstone, R. L. <u>Resilience in survivors of childhood sexual abuse.</u>  Paper presented at the
            Annual Meeting of the American Psychiatric Association.  San Francisco, California.

1993    Binder, R.L., and McNiel, D.E.  <u>Staff gender and risk of assault on doctors and nurses.</u>  Paper presented at the Annual
            Meeting of the American Academy of Psychiatry and the Law.  San Antonio, Texas.

1993    Binder, R.L., McNiel, D.E., and Goldstone, R.L.  <u>Patterns of recall of childhood sexual abuse as described by adult survivors.</u>
            Paper presented at the Annual Meeting of the American Academy of Psychiatry and the Law.  San Antonio, Texas.

1993    Haller, E., McNiel, D.E., and Binder, R.L.  <u>Impact of banning smoking on a locked unit.</u>  Poster presented at the Annual
            Meeting of the American Psychiatric Association.  San Francisco, California.

1994    McNiel, D.E., and Binder, R.L. <u>Decision making about suicide risk at hospital admission and discharge.</u>  Paper presented at
            the Annual Convention of the American Psychological Association.  Los Angeles, California.

1994    McNiel, D.E., and Binder, R.L.  <u>Civil commitment decisions: Relationship to risk assessment and inpatient violence.</u>  Paper
            presented at the Annual Convention of the American Psychological Association.  Los Angeles, California.

1994    McNiel, D.E., and Binder, R.L. <u>Decision making about the risk of violence at hospital admission and discharge.</u> Paper
            presented at the Biennial Conference of the American Psychology-Law Society/Division 41 of the American
            Psychological Association.  Santa Fe, New Mexico.

1995    McNiel, D.E., and Binder, R.L.  <u>The impact of hospitalization on suicide risk.</u>  Paper presented at the Annual Meeting of the
            American Academy of Psychiatry and the Law.  Seattle, Washington.

1995    McNiel, D.E., Suyemoto, K.L., and Binder, R.L.  <u>Relationships between suicidal and violent behavior among mentally
            disordered persons.</u>  Paper presented at the Annual Convention of the American Psychological   Association. New York,
            New York.

1995    Beauford, J.E., McNiel, D.E., and Binder, R.L.  <u>Utility of the therapeutic alliance in evaluating psychiatric patients' risk of
            violence.</u>  Paper presented at the NIMH International Conference on Mental Health Services Research, National Institute
            of Mental Health. Bethesda, Maryland.

1996    McNiel, D.E., Binder. R.L., and Fulton, F. M.  <u>Management of threats of violence under California's "Duty to Protect" statute.</u>
            Paper presented at the Biennial Conference of the American Psychology - Law Society / Division 41 of the American
            Psychological Association.  Hilton Head, South Carolina.

1996    Binder, R.L., and McNiel, D.E.  <u>Tarasoff decision: Impact on therapy and victim.</u>  Paper presented at the Annual Meeting of
            the American Academy of Psychiatry and the Law.  San Juan, Puerto Rico.

1997    McNiel, D.E., Sandberg, D.A., and Binder, R.L.  <u>The relationship between confidence and accuracy in violence risk
            assessment.</u>  Paper presented at the Annual Convention of the American Psychological Association. Chicago, Illinois.

1998    McNiel, D.E., and Binder, R.L. <u>Comparison of categorical and probabilistic approaches to communication about psychiatric
            patients' risk of violence in clinical practice.</u> Paper presented at the Biennial Conference of the American Psychology Law
            Society/Division 41 of the American Psychological Association. Redondo Beach, California.

1998    McNiel, D.E. (Chair) <u>Update on AIDS/HIV and the law.</u> Symposium presented at the Annual Convention of the American
            Psychological Association. San Francisco, California.

Dale E. McNiel                                                                University of California, San Francisco
                                                                                                                p. 14

1998    Binder, R.L., and McNiel, D.E. <u>Contemporary practices in the management of violent psychiatric patients in psychiatric emergency rooms.</u> Paper presented at the Annual Meeting of the American Psychiatric Association. Toronto, Ontario, Canada.

1998    Sandberg, D.A., McNiel, D.E., and Binder, R.L. <u>Psychiatric inpatients who stalk and harass hospital staff after discharge.</u> Paper presented at the Annual Convention of the American Psychological Association. San Francisco, California.

1998    Lang, A.J., McNiel, D.E., and Binder, R.L.  <u>Anxiety and suicidality in unipolar depression and bipolar illness.</u>  Poster presented at the Annual Convention of the American Psychological Association. San Francisco, California.

1999    McNiel, D.E. <u>Evidence-based evaluation of acute risk of violence: Research update.</u> Paper presented at the Annual Convention of the American Psychological Association. Boston, Massachusetts.

1999    McNiel, D.E. (Chair and Discussant) <u>Assessment and management of stalking: Clinical, empirical, and legal issues.</u> Symposium presented at the Annual Convention of the American Psychological Association. Boston, Massachusetts.

1999    McNiel, D.E. <u>Convergent and divergent themes in assessment regarding self versus other directed violence.</u> Paper presented at the Annual Convention of the American Psychological Association. Boston, Massachusetts.

1999    Lam, J.N., McNiel, D.E., and Binder, R.L. <u>Relationship between violent patients' gender and injury to clinicians.</u> Paper presented at the Annual Convention of the American Psychological Association. Boston, Massachusetts.

1999    Lang, A.J., and McNiel, D.E. <u>Impact of depression and anxiety on perceived quality of life in psychiatric inpatients.</u> Poster presented at the Annual Convention of the Association for the Advancement of Behavior Therapy. Toronto, Ontario, Canada.

2000    McNiel, D.E. <u>Risk assessment.</u> Paper presented at the Biennial Conference of the American Psychology – Law Society/Division 41 of the American Psychological Association. New Orleans, Louisiana.

2000    McNiel, D.E. <u>Evidence-based clinical assessment of acute risk of violence.</u> Pre-convention workshop given at the American Association of Suicidology. Los Angeles, California.

2000    Eisner, J.P., McNiel, D.E., and Binder, R.L. <u>Cognitive correlates of violent behavior by psychiatric patients.</u> Paper presented at the Biennial Conference of the American Psychology – Law Society/Division 41 of the American Psychological Association. New Orleans, Louisiana.

2001    McNiel, D.E., Gregory, A.L., Lam, J.N., and Binder, R.L. <u>Utility of decision support tools for assessing short-term violence risk.</u> Paper presented at the Annual Convention of the American Psychological Association. San Francisco, California.

2001    McNiel, D.E. (Chair and Discussant) <u>Stalking and obsessional harassment: Current advances in risk assessment</u>. Symposium presented at the Annual Convention of the American Psychological Association. San Francisco, California.

2001    McNiel, D.E. (Discussant) <u>Behavioral emergencies in the community: Mental health and police perspectives</u>. Symposium presented at the Annual Convention of the American Psychological Association. San Francisco, California.

2001    McNiel, D.E. (Chair) <u>Emergency psychological assessment and intervention with victims of violence</u>. Symposium presented at the Annual Convention of the American Psychological Association. San Francisco, California.

2001    Sandberg, D.A., McNiel, D.E., and Binder, R.L. <u>Stalking, threatening, and harassing behavior by psychiatric patients toward clinicians.</u> Paper presented at the Annual Meeting of the American Academy of Psychiatry and the Law. Boston, Massachusetts.

Dale E. McNiel                                                    University of California, San Francisco
                                                                                          p. 15

2002    McNiel, D.E. Risk communication about violence risk in clinical practice.  Paper presented at the Biennial Conference of the
        American Psychology – Law Society/Division 41 of the American Psychological Association. Austin, Texas.

2002    McNiel, D.E. (Discussant) Do psychopaths respond to treatment? Revisiting the issue with new research.  Symposium
        presented at the Biennial Conference of the American Psychology – Law Society/Division 41 of the American
        Psychological Association. Austin, Texas.

2003    McNiel, D.E.  Assessment of acute risk of violence in clinical practice: Research update. Paper presented at the Annual
        Convention of the American Psychological Association. Toronto, Ontario, Canada.

2003    McNiel, D.E. Evaluation of short-term risk of violence. Presentation at continuing education workshop at pre-conference
        Professional Development Institute, Division of Clinical Psychology, Annual Convention of the American Psychological
        Association, Toronto, Ontario, Canada

2004    McNiel, D.E., and Weaver, C.M. Firearms screening and assessment of suicide risk. Paper presented at the Annual
        Convention of the American Psychological Association. Honolulu, Hawaii.

2004    Saldanha, C.E., McNiel, D.E., and Weaver, C.M. Predictors of decision making in civil commitment hearings. Paper
        presented at the Annual Meeting of the American Academy of Psychiatry and the Law.  Scottsdale, Arizona.

2004    McNiel, D.E., Weaver, C.M., and Hall, SE. Firearms screening and management of risk for violence by psychiatric patients.
        Paper presented at the Biennial Conference of the American Psychology – Law Society / Division 41 of the American
        Psychological Association. Scottsdale, Arizona.

2005    McNiel, D.E., Chamberlain, J., Binder R.L. Weaver, C.M., and Hall, S. Impact of clinical training on violence risk
        assessment. Paper presented at the Annual Conference of the American Psychology – Law Society / Division 41 of the
        American Psychological Association. La Jolla, California.

2005    McNiel, D.E. Acute risk of violence: Evaluation and management.  Presented as part of a continuing education workshop on
        "Behavioral Emergencies: Evidence-Based Evaluation and Management", sponsored by the American Psychological
        Association. Washington, D.C.

2005    McNiel, D.E., and Weaver, C.M.  Firearms and assessment of violence risk: Issues for psychologists. Paper presented at the
        Annual Convention of the American Psychological Association. Washington, D.C.

2005    McNiel, D.E., Gormley, B., and. Binder, R.L. Leverage, the treatment relationship, and treatment participation. Paper
        at the midwinter meeting of the MacArthur Foundation Program on Mandated Community Treatment. Tampa, Florida.

2005    McNiel, D.E., and. Binder, R.L. Homelessness and patterns of incarceration and psychiatric emergency service use. Paper
        at the midwinter meeting of the MacArthur Foundation Program on Mandated Community Treatment. Tampa, Florida.

2006    Binder, R.L., and McNiel, D.E. He said – she said: Evaluating credibility and damages. Paper presented at the
        annual meeting of the American Academy of Psychiatry and the Law. Chicago, Illinois.

2007    McNiel, D.E., and Binder, R.L. Impact of the San Francisco Behavioral Health Court on  criminal recidivism. Paper
        presented the annual meeting of the American Psychological Association. San Francisco, California.

2007    McNiel, D.E., and Binder, R.L. Effectiveness of a mental health court in reducing criminal recidivism and violence. Paper
        at the meeting of the MacArthur Foundation Program on Mandated Community Treatment. San Francisco, California.

Dale E. McNiel                                                          University of California, San Francisco
                                                                                                            p. 16

2008    McNiel, D.E., Fordwood, S.R., Chamberlain, J.R., Hall, S.E., and Binder, R.L. Effects of training on risk assessment for
        suicide. Paper accepted for presentation at the conference of the American Psychology – Law Society, Division 41 of the
        American Psychological Association. Jacksonville, Florida.

2008    McNiel, D.E., Gormley, B.L., and Binder, R.L. Leverage, the treatment relationship, and treatment participation. Paper
        accepted for presentation at the Annual Convention of the American Psychological Association. Boston, Massachusetts.

**International:**

2003    McNiel, D.E., and Binder, R.L.  Management of homeless mentally ill persons in jails and civil hospitals: The roles of
        substance abuse and violence. Paper presented at the International, Interdisciplinary Psychology and Law Conference,
        Edinburgh, Scotland.

2003    Eisendrath, S.J., and McNiel, D.E.  Fatal factitious disorder: Four cases involving civil litigation. Paper presented at the 17th
        World Congress on Psychosomatic Medicine. Waikoloa, Hawaii.

**Regional:**

1980    McNiel, D.E., & O'Brien, A.J.R. Stimulus generalization in survival words training with mentally retarded adults. Paper
        presented at the Annual Convention of the Rocky Mountain Psychological Association. Tucson, Arizona.

1981    McNiel, D.E. Religious experience and psychological health: A preliminary investigation. Paper presented at the Annual
        Convention of the Rocky Mountain Psychological Association. Denver, Colorado.

1983    McNiel, D.E., Arkowitz, H.S., & Pritchard, B. The response of others to face-to-face interaction with clinically depressed
        patients. Poster presented at the Annual Convention of the Western Psychological Association. San Francisco, California.

1985    McNiel, D.E., and Binder, R.L.  Teaching psychiatric residents about referring inpatients for psychological testing. Poster
        presented at the Annual Convention of the Western Psychological Association.  San Jose, California.

1985    Binder, R.L., McNiel, D.E., and Fischman, P.S. The impact of clinical experience on attitudes toward involuntary treatment.
        Poster presented at the Annual Convention of the Western Psychological Association. San Jose, California.

1986    McNiel, D.E., and Binder, R.L. Patients who bring weapons to the psychiatric emergency room. Poster presented at the
        Annual Convention of the Western Psychological Association. Seattle, Washington.

1987    McNiel, D.E., Hatcher, C., and Reubin, R. A controlled study of family survivors of suicide. Poster presented at the Annual
        Convention of the Western Psychological Association. Long Beach, California.

1991    McNiel, D.E., Rosales, I.B., and Binder, R.L. Family attitudes that predict community placement of hospitalized psychiatric
        patients. Paper presented at the Annual Convention of the Western Psychological Association.  San Francisco, California.

1997    Suyemoto, K.L., and McNiel, D.E.  Differences in anger due to gender and patient status. Paper presented at the Annual
        Meeting of the Eastern Psychological Association.  Washington, D.C.

1998    Suyemoto, K.L., and McNiel, D.E. Experience and expression of anger and risk of suicide and violence. Poster presented at
        the Annual Meeting of the Eastern Psychological Association, Boston, Massachusetts.

**INVITED LECTURESHIPS:**

1988    McNiel, D.E. Recent findings about violent patients. Grand rounds presentation, Department of Psychiatry, University of
        California, Davis.

Dale E. McNiel                                                    University of California, San Francisco
                                                                                                  p. 17

1988    McNiel, D.E.  Institutional release:  Law, psychiatry, and public policy.  Panel presentation at the Annual Meeting of the
          American Academy of Psychiatry and the Law.  San Francisco, California.

1988    McNiel, D.E.  Evaluating innovative treatment programs for aggressive youth. Panel presentation at the Annual Convention of
          the American Orthopsychiatric Association.  San Francisco, California.

1988    McNiel, D.E.  New findings about violent patients.  Research colloquium presentation, Department of Psychiatry, University
          of Colorado Health Sciences Center.  Denver, Colorado.

1989    McNiel, D.E.  Violence risk assessment with psychiatric patients.  Invited address at a Conference on the Assessment of
          Violence Potential: Research Update and Clinical Applications, sponsored by Stanford University and the Veterans
          Administration.  Palo Alto, California.

1989    McNiel, D.E.  How do current research findings apply to clinical work?  Panel presentation at a Conference on the
          Assessment of Violence Potential: Research Update and Clinical Applications, sponsored by Stanford University and the
          Veterans Administration.  Palo Alto, California.

1992    McNiel, D.E.  Recent research on assessing violence potential: Implications for clinical practice.  Keynote address to a
          Symposium on Mental Health and Dangerousness, sponsored by the Maryland Mental Hygiene Administration and the
          Clifton T. Perkins Hospital Center.  Baltimore, Maryland.

1993    McNiel, D.E.  Empirical review of risk assessment with civilly committed patients.  Presented at a symposium entitled
          "Toward Linkage Between Risk Assessment, Risk Management, and Treatment."  Presented at the Annual Convention of
          the American Psychological Association.  Toronto, Canada.

1995    McNiel, D.E.  Current applications of clinical neuropsychology in psychiatry.  Grand rounds presentation, Department of
          Psychiatry, East Bay Hospital. Richmond, California.

1996    McNiel, D.E.  Empirically-based clinical assessment of short-term risk of violence.  Presented at a symposium entitled
          "Assessing Violence Risk in Clinical Practice," at the Annual Convention of the American Psychological Association.
          Toronto, Canada.

1996    McNiel, D.E.  Violence in psychiatric patients:  The role of substance abuse.  Invited address at a colloquium on "Violence
          and Drug Use:  Treatment and Research Developments", sponsored by the Department of Psychiatry, University of
          California, San Francisco.

1996    McNiel, D.E.  Assessment of violence risk.  Grand rounds presentation, medical staff, Laguna Honda Hospital.  San
          Francisco, California.

1998    McNiel, D.E. The relationship between command hallucinations and violent behavior.  Invited presentation at the Annual
          Convention of the International Academy of Law and Mental Health. Paris, France.

1998    McNiel, D.E.  Research update:  Empirical basis for clinical assessment of violence risk in mentally ill persons.  Invited
          presentation at the Annual Convention of the American Academy of Forensic Sciences.  San Francisco, California.

1998    McNiel, D. E.  What research on violence toward others can learn from research on violence toward self.  Invited presentation
          Annual Convention of the International Association of Applied Psychologists.  San Francisco, California.

1998    McNiel, D.E. Mental health research on a civil inpatient unit. Invited address at the 1998 Law Day Symposium on Forensic
          Mental Health Research. Sponsored by Department of Psychiatry, University of California, Davis, and Napa State
          Hospital, Napa, California.

Dale E. McNiel                                                                    University of California, San Francisco
                                                                                                                      p. 18

1998    McNiel, D.E. Clinical applications of recent research on violence. Grand rounds presentation. Napa State Hospital, Napa,
        California.

2000    McNiel, D.E. Education and training in behavioral emergencies.  Invited presentation at the Annual Convention of the
        American Psychological Association. Washington, D.C.

2001    McNiel, D.E. Primary distinctions between forensic neuropsychological assessment and standard clinical evaluations. Invited
        presentation at the Annual Convention of the American Psychological Association. San Francisco, California.

2002    McNiel, D.E. Evidence-based practice in the evaluation and management of potentially violent patients in hospital settings.
        Invited presentation at the 15th Annual Conference on Forensic Psychiatry and Psychology.  Sponsored by the Forensic
        Division, Penetanguishene Mental Health Centre, Midland, Ontario, Canada.

2002    McNiel, D.E. Evidence-based assessment of risk of violence to self and others. Presidential Address, Section on Clinical
        Emergencies and Crises, Division of Clinical Psychology, at the Annual Convention of the American Psychological
        Association. Chicago, Illinois.

2003    McNiel, D.E. Evidence-based assessment of acute risk of violence.  Keynote Address at the 15th Annual Research Day,
        Department of Psychiatry and Behavioural Neurosciences, McMaster University, Hamilton, Ontario, Canada.

2005    McNiel, D.E. Assessment and management of risk for violence. Grand rounds presentation. San Mateo County Mental Health
        Services, San Mateo, California.

2006    McNiel, D.E. Assessment and management of risk for violence. Grand rounds presentation. Department of Psychiatry,  Mills
        Peninsula Health Services, Burlingame, California.

**INVITED LECTURES AT THE UNIVERSITY OF CALIFORNIA, SAN FRANCISCO:**

1985    Binder, R.L., McNiel, D.E., and Ormiston, S.  New research about violent patients.  Grand rounds presentation, Department of
        Psychiatry, University of California, San Francisco.

1987    McNiel, D.E.  Neuropsychological assessment of seizure disorders.  Grand rounds presentation, Division of Adolescent
        Medicine, Department of Medicine, University of California, San Francisco.

1987    McNiel, D.E.  Family assessment.  Lecture given to the Consultation/Liaison Psychiatry Seminar, Department of Psychiatry,
        San Francisco General Hospital, San Francisco, California.

1987    McNiel, D.E.  New findings about violent patients.  Lecture given to the Clinical Services Research Colloquium, Department
        of Psychiatry, University of California, San Francisco.

1988    McNiel, D.E.  New findings about violent patients.  Grand rounds presentation, Department of Psychiatry, University of
        California, San Francisco.

1988    McNiel, D.E.  Cognitive screening tests.  Clinical conference lecture, Behavioral Medicine Unit, Division of General Internal
        Medicine, Department of Medicine, University of California, San Francisco.

1989    McNiel, D.E.  Recent research about violent inpatients.  Grand rounds presentation, Department of Psychiatry, San Francisco
        General Hospital, San Francisco, California.

1990    McNiel, D.E.  Recent advances in the assessment of short-term violence risk.  Lecture given to the Quarterly Meeting of the
        Multi-Site Consortium for Clinical Violence Research, San Francisco, California.

Dale E. McNiel                                                    University of California, San Francisco
                                                                                              p. 19

1991    McNiel, D.E. The role of violence in decision-making about hospitalization from the psychiatric emergency room.  Lecture given to the Quarterly Meeting of the Multi-Site Consortium for Clinical Violence Research, San Francisco, California.

1991    McNiel, D.E.  Crisis management.  Clinical conference lecture, Behavioral Medicine Unit, Division of General Internal Medicine, Department of Medicine, University of California, San Francisco.

1991    McNiel, D.E.  The assessment of violence potential:  Recent research developments.  Lecture given to the Clinical Psychology Research Colloquium,  Department of  Psychiatry, University of California, San Francisco.

1991    McNiel, D.E.  The Halstead-Reitan Neuropsychological Test Battery:  Theory and clinical interpretation.  Lecture given to the Clinical Neuropsychology Seminar, Alzheimer Center and Memory Clinic, Department of Psychiatry, University of California, San Francisco.

1991    McNiel, D.E.  Family systems theory and management of family crises.  Lecture given to Chaplin Intern Seminar, Clinical Pastoral Education Program, University of California, San Francisco.

1992    McNiel, D.E.  The neuropsychology of depression and schizophrenia.  Lecture given to Psychiatry 443 Course:  Basic Concepts in Psychopharmacology and Psychopathology.  Department of Psychiatry, University of California, San Francisco.

1992    McNiel, D.E., Kramer, J., Portman, S., and Crouch, J.  The Psychological Assessment Unit:  Recent clinical applications of neuropsychology.  Grand rounds presentation, Department of Psychiatry, University of California, San Francisco.

1992    McNiel, D.E., and Fridhandler, B.  Psychologists and psychotropic medication.  Lecture given to the Clinical Practice Seminar, Clinical Psychology Training Program, Department of Psychiatry, University of California, San Francisco.

1993    McNiel, D.E.  Violence, mental disorder, and clinical services research.  Lecture given to the Research Colloquium, Clinical Services Research Training Program, Department of Psychiatry, University of California, San Francisco.

1994,   McNiel, D.E.  The neuropsychology of depression.  Lecture given to Psychiatry 443 course:  Basic Concepts in
1993        Psychopharmacology and Psychopathology.  Department of Psychiatry, University of California, San Francisco.

1995    McNiel, D.E.  Neuropsychological differentiation of dementia and depression.  Lecture given to the Psychological Assessment Seminar, Department of Psychiatry, University of California, San Francisco.

1995    McNiel, D.E.  Violence and mental health services research.  Lecture given to the Research Colloquium, Clinical Services Research Training Program, Department of Psychiatry, University of California, San Francisco.

1995    McNiel, D.E.  Clinical research on violence and mental disorder.  Lecture given to Clinical Psychology Research Seminar, Department of Psychiatry, University of California, San Francisco.

1995,   McNiel, D.E.  Psychodiagnostic evaluation of inpatients.  Lecture given to the Psychological Assessment Seminar,
1994        Department of Psychiatry, University of California, San Francisco.

1996    McNiel, D.E.  Prevention of workplace violence.  Clinical case conference lecture, Division of Occupational and Environmental Medicine, Department of Medicine, University of California, San Francisco.

1996    McNiel, D.E., and Sandberg, D.  Violence as a focus in mental health services research.  Series of three sessions of the Research Methods Seminar, Clinical Services Research Training Program, Department of Psychiatry, University of California, San Francisco.

Dale E. McNiel                                                    University of California, San Francisco
                                                                 p. 20

1997    McNiel, D.E.  Clinical evaluation of the potentially violent patient.  Lecture given to the Psychological Assessment Seminar,
        Department of Psychiatry, University of California, San Francisco.

1997    McNiel, D. E.  Clinical assessment of violence potential.  Lecture given to the Consultation and Brief Intervention Clinics
        Seminar, Department of Psychiatry, University of California, San Francisco.

1997    McNiel, D.E.  Clinical use of Halstead-Reitan Neuropsychological Test Battery.  Lecture given to the Psychological
        Assessment Seminar,  Department of Psychiatry, University of California, San Francisco.

1997    McNiel, D.E. Violence and mental health services research.  Lecture given at the Clinical Research Conference, sponsored by
        the Institute for Mental Health Services Research, NIMH Center for Research on the Organization and Financing of Care
        for the Severely Mentally Ill, and the Department of Psychiatry, University of California, San Francisco.

1998    McNiel, D.E. Research update: Empirically-based clinical assessment of  the potentially violent patient. Grand rounds
        presentation, Department of Psychiatry, San Francisco General Hospital. University of California, San Francisco.

1998    McNiel, D.E. Research update: Empirical basis for clinical assessment of violence risk in mentally ill persons. Grand Rounds
        presentation, Department of Psychiatry, University of California, San Francisco, Fresno campus. Fresno, California.

1998    McNiel, D.E. Consultation: Evaluation and treatment of a violent patient. Clinical case conference, Adult Inpatient Service,
        Langley Porter Hospital and Clinics, University of California, San Francisco.

2001    McNiel, D.E. Clinical assessment of acute risk of violence. Clinical case conference, Adult Inpatient Program, Langley Porter
        Hospital and Clinics, University of California, San Francisco.

2001    McNiel, D.E. Evidenced-based evaluation of the potentially violent patient. Grand rounds presentation, Department of
        Psychiatry, San Francisco General Hospital, University of California, San Francisco.

2002    McNiel, D.E. Forensic neuropsychology. Lecture given to the Neuropsychology Seminar. Department of Psychiatry,
        University of California, San Francisco.

2002-   McNiel, D.E. The role of psychological testing in forensic evaluations. Lecture given to the Forensic Psychiatry Seminar,
2007    Department of Psychiatry, University of California, San Francisco.

2003    McNiel, D.E.  Evaluation and management of the potentially violent patient. Presentation at continuing education course on
        Psychiatry for Primary Care: An Integrated Approach to Common Problems in Mental Health. University of California,
        San Francisco.

2003    McNiel, D.E. Advances in violence risk assessment. Presentation at the Staff Conference of the Community Focus and
        Citywide Case Management Forensic Project. Department of Psychiatry, University of California, San Francisco.

2003    McNiel, D.E. Evidence-based assessment of acute risk of violence. Presentation at the Clinical Seminar of the Posttraumatic
        Stress Disorder (PTSD) Clinical Team. Mental Health Service, San Francisco Veterans Administration Medical Center,
        San Francisco, California.

2003    McNiel, D.E. Evaluation and management of the potentially violent patient. Presentation to the Clinical Psychology Intern
        Seminar. San Francisco Veterans Administration Medical Center. San Francisco, California.

2004    McNiel, D.E. The ethical practice of psychology.  Presentation at the Clinical Seminar, Clinical Psychology Training
        Program, Department of Psychiatry, University of California, San Francisco.

Dale E. McNiel                                                                                    University of California, San Francisco
                                                                                                                                          p. 21

2005          McNiel, D.E. <u>Forensic psychology.</u>  Presentation at the Clinical Seminar, Clinical Psychology Training Program,
              Department of Psychiatry, University of California, San Francisco.

2006          McNiel, D.E. <u>Assessment and management of risk for violence.</u> Grand rounds presentation. Department of Psychiatry,
              San Francisco General Hospital, San Francisco, California.

**POSTGRADUATE AND CONTINUING EDUCATION COURSES ATTENDED**:

1984-now      Attended sufficient continuing education courses to maintain certification. Examples include:

1984-1986     Wallerstein, R.  Seminar for junior faculty on clinical supervision.  Department of Psychiatry, University of California,
              San Francisco. (50 hours)

1991          Exner, J.  Advanced Rorschach tutorial.  Workshop given in San Francisco, California. (3 days)

2001          National Academy of Neuropsychology Annual Convention. San Francisco, California (3 days) (Attended 5 workshops
              on various aspects of clinical neuropsychology.)

2001          Coalition of Clinical Practitioners in Neuropsychology Annual Convention. San Francisco, California (Attended 4
              workshops on various aspects of clinical neuropsychology.)

2003          Tulsky, D.S., et al. New advances for using WAIS-III – WMS-III in clinical practice. Toronto, Ontario, Canada. (7
              hours)

2004          Mapou, R.L.  Assessment of learning disabilities and attention deficit hyperactivity disorder in adults. Honolulu, Hawaii.
              (7 hours)

**SERVICE:**

**University Service:**

1983-1985     Membership Committee, Alumni-Faculty Association, Langley Porter Psychiatric Institute and Department of
              Psychiatry, School of Medicine, University of California, San Francisco.

1985-1988     Medical Records Committee, Department of Psychiatry, University of California, San Francisco.

1987-1990     Research Consultant, Psychiatric Emergency Service, Department of Psychiatry, San Francisco General Hospital, San
              Francisco, California.

1990-1994     Hospital Executive Committee, Langley Porter Hospital and Clinics, University of California, San Francisco.

1990          Search Committee for Chief of Social Work, Langley Porter Hospital and Clinics, University of California, San
              Francisco.

1990          Committee on Nonphysician Referrals.  Department of Psychiatry, University of California, San Francisco.

1990          Merger Planning Committee for the Adult Inpatient Service, Langley Porter Hospital and Clinics, University of
              California, San Francisco.

1991          Chair, Selection Committee that selected three faculty clinical neuropsychologists.  Department of Psychiatry,
              University of California, San Francisco.

Dale E. McNiel                                                    University of California, San Francisco
                                                                                                    p. 22

| | |
|---|---|
| 1992 | Chair, Search Committee for Psychophysiologist faculty position.  Department of Psychiatry, University of California, San Francisco. |
| 1992 | Search Committee for Chief of Rehabilitation Therapies, Langley Porter Hospital and Clinics, University of California, San Francisco. |
| 1993 | Chair, Selection Committee that selected a faculty clinical neuropsychologist.  Department of Psychiatry, University of California, San Francisco. |
| 1993 | Search Committee for tenure-track clinical psychologist in the Adult Outpatient Department, Langley Porter Psychiatric Institute, Department of Psychiatry, University of California, San Francisco. |
| 1993 | Search Committee for Supervising Social Worker, Langley Porter Hospital and Clinics, University of California, San Francisco. |
| 1994-1996 | Patient Falls Task Force, Langley Porter Hospital and Clinics, University of California, San Francisco. |
| 1986-now | Selection Committee (for pre- and postdoctoral fellows), Clinical Psychology Training Program, Department of Psychiatry, University of California, San Francisco. |
| 1988-1999 | Chair, Psychology Clinical Privileges Committee, Langley Porter Hospital and Clinics, University of California, San Francisco. |
| 1990-1998 | Chair, Psychology Quality Assessment and Improvement Committee (formerly Quality Assurance), Langley Porter Hospital and Clinics, University of California, San Francisco. |
| 1993-now | Acting Director (during absences of Director), Clinical Psychology Training Program, Department of Psychiatry, University of California, San Francisco. |
| 1994-1998 | Hospital Safety and Security Subcommittee, Departmental Safety Committee, Department of Psychiatry, University of California, San Francisco. |
| 1994-1997 | Quality Assurance/Continuing Quality Improvement Committee, Langley Porter Hospital and Clinics, University of California, San Francisco. |
| 1995-now | Clinical Services Education Committee, Langley Porter Psychiatric Institute, Univeristy of California, San Francisco. |
| 1995-1997 | Licensing Resource Committee, Clinical Psychology Training Program, Department of Psychiatry, University of California, San Francisco. |
| 1996-1997 | Executive Advisory Committee, Department of Psychiatry, University of California, San Francisco. |
| 1996-now | Space Planning Committee, Langley Porter Psychiatric Institute, University of California, San Francisco. |
| 1996-1998 | Committee on Training Programs for Non-UCSF Students, Department of Psychiatry, University of California, San Francisco. |
| 1997-now | Outpatient Leadership Committee, Langley Porter Hospital and Clinics, University of California, San Francisco. |
| 1997-1998 | Committee on Clinical Information System Development, Department of Psychiatry, University of California, San Francisco. |

Dale E. McNiel                                                                University of California, San Francisco
                                                                                                           p. 23

1997-2004   Executive Committee, Medical Staff, Langley Porter Hospital and Clinics, University of California, San Francisco.

1997-now    Quality Council (Chair in 1997-1999.), Langley Porter Hospital and Clinics, University of California, San Francisco.

1997-2003   Student Health Services Advisory Committee (campus-wide) (Chair in 2000-2003.), University of California, San Francisco.

1997-1999   President-Elect, Medical Staff, Langley Porter Hospital and Clinics, University of California, San Francisco.

1998-1999   Clinical Services Advisory Committee, Langley Porter Hospital and Clinics, University of California, San Francisco.

2000-2002   President, Medical Staff, Langley Porter Hospital and Clinics, University of California, San Francisco.

2000-2002   Leadership Committee, Langley Porter Hospital and Clinics, University of California, San Francisco.

2001-now    Continuing Education Committee. Department of Psychiatry, University of California, San Francisco.

2001-2004   Program Developer for Mandatory Continuing Education for Psychologists (MCEP), Department of Psychiatry, University of California, San Francisco. (Achieved approval by the Mandatory Continuing Education for Psychologists Accrediting Agency of the California Psychological Association for the Department of Psychiatry, UCSF to be a provider of continuing education for psychologists.)

2001-2002   Chair, Building Security / Disaster Plan Update Committee (initiated following the 9/11/01 terrorist attacks), Langley Porter Psychiatric Institute, Department of Psychiatry, University of California, San Francisco.

2001-now    Intensive Services Leadership Committee, Langley Porter Hospital and Clinics, University of California, San Francisco.

2002-2004   Grand Rounds Committee, Department of Psychiatry, University of California, San Francisco.

2003-2004   Chair, Credentials Committee, Langley Porter Hospital and Clinics, University of California, San Francisco.

2003-2007   Chair, Risk Assessment Performance Improvement (PI) Project. Langley Porter Hospital and Clinics, University of California, San Francisco. (Revised clinical documentation about risk assessment for violence and suicide across levels of care. Presented on evidence based risk assessment for violence at five workshops organized by the PI team, involving 20 faculty and approximately 250 trainees in psychiatry and psychology.)

2004-2005   Chair, Search Committee for Director of Intensive Services and Adult Inpatient Program, Langley Porter Psychiatric Hospital and Clinics. University of California, San Francisco.

2004-2005   Executive Advisory Committee, Department of Psychiatry, University of California, San Francisco.

2006-now    Chair, Appointments and Promotions Committee for Volunteer Faculty, Department of Psychiatry, University of California, San Francisco.

2006        Selection Committee for Clinical Psychologist, Comprehensive Cancer Center and Department of Psychiatry, University of California, San Francisco.

2007        Planning Committee. Faculty Retreat on Medical Education ("Evidence-based medicine: What it is, what it isn't, and how should we use it in education?"). Department of Psychiatry, University of California, San Francisco.

2007-now    Chair, Morbidity and Mortality Review Committee, Langley Porter Psychiatric Hospital and Clinics, University of California, San Francisco.

Dale E. McNiel                                                    University of California, San Francisco
                                                                                            p. 24

2008        Planning Committee. Faculty Retreat on Education. ("Competencies: Why bother? Applying assessment strategies to
            supervision."). Department of Psychiatry, University of California, San Francisco.

**Government Service:**

1989        Consultant, Clinical Services Research Panel, National Institute of Mental Health.

1992-2001   Commissioner, California Psychologist License Oral Examination, Board of Psychology, Medical Board of California.

1996        Consultant to the American Psychological Association and Pennsylvania Psychological Association in preparation of
            Amici Curiae Brief filed before the Pennsylvania State Supreme Court in the Emerich case (regarding whether to
            establish a duty of psychotherapists to protect the victims of potentially violent patients).

1997-1998   Ad Hoc Reviewer, National Institute of Mental Health, Initial Review Group, Violence and Traumatic Stress Review
            Committee.
1999, 2007  Reviewer, Special Emphasis Panel, National Institute of Mental Health.

1999        Research Consultant on prison suicide. Department of Corrections, State of California.

1999        Consultant, Board of Prison Terms and Attorney General's Office, State of California (participation in drafting State
            legislation concerning mentally disordered offenders).

2003        Subject Matter Expert, Item Review Workshop preparing the California Jurisprudence and Professional Ethics
            Examination. Board of Psychology, State of California. (Passing this examination is required for obtaining a
            psychologist license in California.)

2004        Subject Matter Expert, two Occupational Analysis Workshops preparing the California Jurisprudence and Professional
            Ethics Examination. Board of Psychology, State of California.

2004-now    Research consultant on the San Francisco Behavioral Health Court. Mayor's Office on Disability. San Francisco,
            California.

2005        Empirical evaluation of the San Francisco Behavioral Health Court. Panel presentation at the Behavioral Innovations
            Task Force, Mentally Ill Offender/Criminal Justice Subcommittee, City and County of San Francisco. (The Task
            Force prioritized needs for allocation of funds from the Mental Health Services Act, passed in 2004.)

**Community/Public Service:**

1987        Resource Management Commission, Seventh Avenue Presbyterian Church, San Francisco, California.

1992,       External Grant Reviewer, the Guggenheim Foundation.
2002, 2004

1987-now    Board of Directors (Vice President, 1995-1998; 2001-now), Park Sunset Apartments (a nonprofit housing project for
            low-income senior citizens), San Francisco, California.

1996        Planning Committee, Violence in the Workplace:  Assessment and Prevention.  Day-long multidisciplinary conference
            sponsored by the University of California, San Francisco.

1996        Working Board.  Ellison-Linn Neuroscience Consortium.

Dale E. McNiel                                                                    University of California, San Francisco
                                                                                                                        p. 25

1997          External Examiner, Honours Thesis of Ann Ward, School of Psychology, Edith Cowan University, Joondalup, Western
                    Australia.

1998          External Grant Appraiser, the Ontario Mental Health Foundation (Canada).

1999          External Examiner, Ph.D. Doctoral Thesis of Natalie Polvi, Department of Psychology, Simon Fraser University,
                    Burnaby, British Columbia, Canada.

2001          External Examiner, Ph.D. Doctoral Thesis of Kevin Douglas, Department of Psychology, Simon Fraser University,
                    Burnaby, British Columbia, Canada.

2001          External Examiner, Ph.D. Doctoral Thesis of Tonia Nicholls, Department of Psychology, Simon Fraser University,
                    Burnaby, British Columbia, Canada.

2003          Scientific Reviewer (Women's International Science Collaboration program). American Association for the
                    Advancement of Science.

2003, 2005  Book Proposal Reviewer. American Psychological Association.

2004          External Examiner, Ph.D. Doctoral Thesis of Michael Daffern, School of Psychology, University of South Australia,
                    Mawson Lakes, South Australia.

2005          External Examiner, Ph.D. Doctoral Thesis of David Lyons, Department of Psychology, Simon Fraser University,
                    Burnaby, British Columbia, Canada.

2005          Grant Reviewer. Social Sciences and Humanities Research Council of Canada.

2006          Grant Reviewer. Michael Smith Foundation for Health Research, Vancouver, British Columbia. Canada.

2008          External Examiner. Ph.D. Doctoral Thesis of Troy Erin McKewan, Department of Psychology, Monash University,
                    Clayton, Victoria, Australia.

**Service Activities Related to Elementary/Secondary Education:**

1987          Consultant to Contra Costa Public Elementary Schools about sexual abuse.

1989          Met with students from Half Moon Bay High School about careers in psychology.

1990          Consultant to faculty of University of Nevada about evaluation of child sexual abuse prevention programs in Reno,
                    Nevada Public Elementary Schools.

1995          Consultant to San Francisco Public Elementary Schools about cognitive assessment.

**Summary of Service Activities:**

Since 2002, I have served in multiple leadership positions within Langley Porter Psychiatric Hospital and Clinics, including President
of the Medical Staff, Chair of the Credentials Committee, and Chair of the Morbidity and Mortality Review Committee. I have had
educational leadership roles within the Department of Psychiatry including serving as Associate Director of the UCSF Clinical
Psychology Training program for the Langley Porter site, serving as Acting Director for the program during absences of the Program
Director, and serving on the Executive Advisory Committee for the Department of Psychiatry in 2004-2005. As Program Developer
for Mandatory Continuing Education for Psychologists (MCEP) for the Department of Psychiatry, UCSF, I obtained approval for the
Department to offer continuing education for psychologists. I was the Chair of a Performance Improvement Project that implemented

Dale E. McNiel                                                        University of California, San Francisco
                                                                                                    p. 26

an evidence-based approach to risk assessment for violence and suicide at Langley Porter Psychiatric Hospital and Clinics, which included changes in clinical documentation across levels of care and an organized educational effort that involved 20 faculty and about 250 UCSF trainees.

I have held leadership positions in national organizations, including serving as President (2002) of the Section of Clinical Emergencies and Crises of the Division of Clinical Psychology of the American Psychological Association. I have provided government service by participating as a subject matter expert assisting the California Board of Psychology in refining its licensure examination.

I serve as Vice President of the Board of Directors of Park Sunset Apartments, a nonprofit housing project for low income senior citizens.

**TEACHING:**

**Formal Scheduled Classes:**

| Qtr. | Acad. Yr. | Course Title and Institution | Nature of Contribution | Units | Class Size |
|------|-----------|------------------------------|------------------------|-------|------------|
| W | 1978 | Physiological Psychology (Lewis & Clark College, Portland, Oregon) | Supervised laboratory section | 3 | 15 |
| F,W | 1978-79 | Introduction to Psychology (University of Arizona, Tucson, Arizona) | Led discussion sections | 3 | 150 |
| Sum | 1980 | Introduction to Psychology (University of Arizona, Tucson, Arizona) | Curriculum development & presentation of all lectures | 3 | 30 |
| F,W, Sum | 1984-1990 | Psychiatric Intensive Care Unit Seminar (Dept. of Psychiatry, UCSF) | Presentation of sections on family therapy and psychological assessment | ----- | 12 |
| F,W, Sum | 1984-1990 | Psychiatric Intensive Care Unit Treatment Team Conference (Dept. of Psychiatry, UCSF) | Daily discussion of treatment of cases presented | ----- | 12 |
| F,W, Sum | 1984-1990 | Psychiatric Intensive Care Unit Staff Conference (Dept. of Psychiatry, UCSF) | Discussion of cases and treatment issues | ----- | 12 |
| W,S | 1991 | Behavioral Neuroscience Acute Care Unit, Treatment Team Conference (Dept. of Psychiatry, UCSF) | Twice weekly discussion of treatment of cases presented | ----- | 12 |
| F,W | 1992-1993 | Psychological Assessment Seminar (Dept. of Psychiatry, UCSF) | Course co-leader | ----- | 8 |

Dale E. McNiel                                                    University of California, San Francisco
                                                                                                      p. 27

| Qtr. | Year | Program and Institution | | | |
|------|------|------|------|------|------|
| F,W, Sum | 1990-now | Biopsychosocial Seminar-Adult Inpatient Program, and Behavioral Neuroscience Acute Care Unit (Dept. of Psychiatry, UCSF) | Presentations of sections on psychological assessment and psychological research | ----- | 4 - 12 |
| F,W, Sum | 1991-1997 | Behavioral Neuroscience Acute Care Unit, Staff Conference (Dept. of Psychiatry, UCSF) | Discussion of cases and treatment issues | ----- | 6 - 12 |
| F,W | 2000-2008 | Forensic Mental Health Services Research Seminar (Dept. of Psychiatry, UCSF) | Course leader | ----- | 4 - 6 |

**Individual Supervision:**

| Qtr. | Acad. Year | Program and Institution | Nature of Supervision |
|------|------|------|------|
| F,W, Sum | 1984-1990 | Psychiatric Intensive Care Unit (Dept. of Psychiatry, UCSF) | Clinical supervision of psychiatric residents and medical students in inpatient family therapy (4 - 8 trainees at a time) |
| F,W, Sum | 1984-now | Clinical Psychology Training Program (Dept. of Psychiatry, UCSF) | Clinical supervision and serving as a research mentor for pre- and postdoctoral clinical psychology fellows (1- 3 trainees at a time) |
| F,W, Sum | 1986-now | Clinical Services Research Training Program (Dept. of Psychiatry, UCSF) | Research preceptor for postdoctoral fellows in research training program funded by the National Institute of Mental Health (1-2 trainees at a time) |
| F,W | 2001-now | Program in Psychiatry and Law (Dept. of Psychiatry, UCSF) | Research supervision of fellows in forensic psychiatry (2 trainees at a time), and occasional medical students conducting forensic research. |
| F, W. Sum | 2006-now | Postdoctoral Program in Drug Abuse Treatment and Services Research (Dept. of Psychiatry, UCSF) | Research preceptor for postdoctoral fellows in research training program funded by the National Institute of Drug Abuse |

**UCSF Pre- and Postdoctoral Scholars Supervised:**

| Year | Trainee |
|------|------|
| 1984-1985 | Daniel Lobovitz, M.A.<br>Robert Tyminski, D.M.H.<br>Sharon Williams, D.M.H. |
| 1985-1986 | Jaylene Kent, M.A. |

Dale E. McNiel                                              University of California, San Francisco
                                                                                          p. 28

| | |
|---|---|
| 1986-1987 | Thomas Greenfield, Ph.D.<br>Steven Krause, M.A. |
| 1987-1988 | Thomas Greenfield, Ph.D.<br>Steven Krause, Ph.D.<br>Joseph Guydish, M.A. |
| 1988-1989 | Harriet Zeiner, Ph.D. |
| 1989-1990 | Valerie Gruber, M.A.<br>Vicky Phares, M.A.<br>Israel Rosales, M.A. |
| 1990-1991 | Katherine Khavari, M.A.<br>Alexandra Gaughan, M.A.<br>Stanley Hughes, M.A. |
| 1991-1992 | Katherine Khavari Straznickas, Ph.D.<br>June Madsen, M.A. |
| 1992-1993 | James Beauford, M.A.<br>Joanna Koulianos, M.A. |
| 1993-1994 | James Beauford, Ph.D.<br>Karen Suyemoto, M.A.<br>Samuel Jinich, M.A. |
| 1994-1995 | Jane Eisner, Ph.D.<br>Karen Suyemoto, Ph.D.<br>James Beauford, Ph.D.<br>Elizabeth Bachen, M.A. |
| 1995-1996 | Jane Eisner, Ph.D.<br>James Beauford, Ph.D.<br>David Sandberg, Ph.D.<br>Cheryl Fraser, M.A.<br>Bin Yang, M.A. |
| 1996-1997 | David Sandberg, Ph.D.<br>Cheryl Fraser, Ph.D.<br>Justin Hecht, M.A.<br>Antonietta Russo, B.A. |
| 1997-1998 | Ariel Lang, M.A.<br>Mallory Johnson, M.A.<br>Judy Lam, Ph.D. |
| 1998-1999 | Ariel Lang, Ph.D.<br>Judy Lam, Ph.D.<br>James Donnelly, M.A.<br>Michael, Scherer, B.A. |

Dale E. McNiel                                                    University of California, San Francisco
                                                                                                    p. 29

|  |  |
|---|---|
| 1999-2000 | Judy Lam, Ph.D.<br>Jennifer Murphy, M.A.<br>Linda Crothers, M.A. |
| 2000-2001 | Judy Lam, Ph.D.<br>Amanda Gregory, M.A.<br>Laura Julian, M.S. |
| 2001-2002 | Amanda Gregory, Ph.D.<br>Caroline Hollnagel, M.A.<br>Jodi Prochaska, M.A. |
| 2002-2003 | Barbara Gormley, Ph.D.<br>Cynthia Huang-Pollock, M.A.<br>Mary Wyman, B.A.<br>Liat Ayalon, M.S. |
| 2003-2004 | Barbara Gormley, Ph.D.<br>Christopher Weaver, M.A.<br>Amori Mikami, M.A.<br>Terri Huh, M.A.<br>Charles Saldanha, M.D. |
| 2004-2005 | Christopher Weaver, Ph.D.<br>Leilani Feliciano, M.A,<br>Christine Zalecki, M.A. |
| 2005-2006 | Christopher Weaver, Ph.D.<br>Joyce Chu, Ph.D.<br>Auran Piatigorsky, M.A, |
| 2006 – 2007 | Samantha Fordwood, M.A.<br>Nina Kaiser, M.S.<br>Katherine Possin, M.S. |
| 2007-2008 | Samantha Fordwood, Ph.D.<br>Danielle Ramo, M.A.<br>Rebecca Crabb, B.Sc. |

**Faculty Mentorship:**

1990-now     Mentor for junior faculty.

**Educational Materials Prepared:**

1997     McNiel, D.E. and Sorenson, J. (primary authors, in collaboration with numerous other faculty, staff, and trainees). Handbook of the Clinical Psychology Training Program.  Department of Psychiatry, University of California, San Francisco.

Dale E. McNiel                                                    University of California, San Francisco
                                                                                                  p. 30

## GRANT AWARDS:

1984      Binder, R.L. (principal investigator) and McNiel, D.E. (co-principal investigator).  Evaluation of a child assault
          prevention program.  BRSG Grant #S07-RR05755, Biomedical Research Support Grant Program, Division of
          Research Resources, National Institutes of Health.

1985      McNiel, D.E. (principal investigator).  Prediction of dangerousness in civil commitment.  BRSG Grant #S07-
          RR05755, Biomedical Research Support Grant Program, Division of Research Resources, National Institutes of
          Health.

1985      Binder, R.L. (principal investigator), McNiel, D.E. (co-principal investigator), and Goldberg, F.  Curative factors in verbal
          and music group therapy.  BRSG Grant #S07-RR05755, Biomedical Research Support Grant Program, Division of
          Research Resources, National Institutes of Health.

1986      McNiel, D.E. (principal investigator).  Predictors of violence in psychiatric inpatients.  BRSG Grant #S07-RR05755,
          Biomedical Research Support Grant Program, Division of Research Resources, National Institutes of Health.

1986      McNiel, D.E. (principal investigator).  The response of others to depressed patients.  BRSG Grant #S07-
          RR05755, Biomedical Research Support Grant Program, Division of Research Resources, National Institutes of
          Health.

1987      McNiel, D.E. (principal investigator) and Binder, R.L. (co-principal investigator).  Characteristics of violent
          female psychiatric patients.  BRSG Grant #S07-RR05755, Biomedical Research Support Grant Program,
          Division of Research Resources, National Institutes of Health.

1988      McNiel, D.E. (principal investigator).  Family dynamics related to violence by acute inpatients.  BRSG Grant #S07-
          RR05755, Biomedical Research Support Grant Program, Division of Research Resources, National Institutes of
          Health.

1989      McNiel, D.E. (principal investigator).  Concealed weapons in the psychiatric emergency room.  BRSG Grant #S07-
          RR05755,  Biomedical Research Support Grant Program, Division of Research Resources, National
          Institutes of Health.

1991-     Binder, R.L. (principal investigator) and McNiel, D.E. (co-principal investigator).  Factors related to better long-
1993      term prognosis after childhood sexual abuse.  BRSG Grant #S07-RR05755, Biomedical Research Support Grant
          Program, Division of Research Resources, National Institutes of Health.

1991      Binder, R.L. (principal investigator) and McNiel, D.E. (co-principal investigator).  Factors related to better long-
          term prognosis after childhood sexual abuse.  REAC Wikman Fund Grant.

1993      McNiel, D.E. (principal investigator).  Correlates of accuracy in assessing violence risk.  BRSG Grant #S07-
          RR05755, Biomedical Research Support Grant Program, Division of Research Resources, National Institutes of
          Health.

1995      McNiel, D.E. (principal investigator) and Suyemoto, K.L. (co-principal investigator).  Anger and depression in
          psychiatric outpatients.   REAC Wikman Fund Grant.

1999      McNiel, D.E. (principal investigator) and Lang, A.L. (co-principal investigator).  Sequelae of comorbid anxiety and
          depression. Research and Evaluation Committee Grant, University of California, San Francisco.

Dale E. McNiel                                                    University of California, San Francisco
                                                                                              p. 31

2001-    Binder, R.L. (principal investigator) and McNiel, D.E. (co-principal investigator). A comparison of the management of
2002        the homeless severely mentally ill in jails and in the community mental health system. Psychiatric Foundation of
            Northern California.

2003     McNiel, D.E. (principal investigator for San Francisco site of multi-state national study). Prevalence study of the use
            leverage in community treatment. Initiative on Mandated Community Treatment of the John D. and Catherine T.
            MacArthur Foundation.

2004-    McNiel, D.E. (principal investigator). Processes and outcomes of the San Francisco Behavioral Health Court. Individual
2007        Investigator Award, Academic Senate Committee on Research.

2007-    McNiel, D.E. (principal investigator for San Francisco site of multi-site national study). MacArthur mental health court
2009        study: 12-month follow-up interviews. City and County of San Francisco.