| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | GREGORY C. TENHOFF (154553) |
| 2 | LISA BARNETT SWEEN (191155) |
| | ELIZA HOARD (238276) |
| 3 | Five Palo Alto Square |
| | 3000 El Camino Real |
| 4 | Palo Alto, CA 94306-2155 |
| | Telephone: (650) 843-5000 |
| 5 | Facsimile: (650) 849-7400 |
| 6 | Attorneys for Defendants |
| | VAXGEN, INC. and LISA BROOKS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIA RAZBAN, | No. C 07-3136 JL |
| Plaintiff, | **PROOF OF SERVICE RE DEFENDANTS VAXGEN, INC. AND LISA BROOKS' UNOPPOSED MOTION TO COMPEL INDEPENDENT MENTAL EXAMINATION OF PLAINTIFF ARIA RAZBAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35** |
| v. | |
| VAXGEN, INC., a Delaware corporation, LISA BROOKS, and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed: January 19, 2007 |
| | First Am. Complt. Filed: May 16, 2007 |
| | First Am. Complt. Served: June 1, 2007 |
| | Answer Filed/Served: June 13, 2007 |

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. My e-mail address is keudaley@cooley.com. On the date set forth below I served the documents described below in the manner described below:

1.     1.     **DEFENDANTS VAXGEN, INC. AND LISA BROOKS' NOTICE OF <u>UNOPPOSED</u> MOTION TO COMPEL INDEPENDENT MENTAL EXAMINATION OF PLAINTIFF ARIA RAZBAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35**

2.     2.     **DEFENDANTS VAXGEN, INC. AND LISA BROOKS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR <u>UNOPPOSED</u> MOTION TO COMPEL INDEPENDENT MENTAL EXAMINATION OF PLAINTIFF ARIA RAZBAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35**

3.     3.     **DECLARATION OF LISA BARNETT SWEEN IN SUPPORT OF DEFENDANTS VAXGEN, INC. AND LISA BROOKS' <u>UNOPPOSED</u> MOTION TO COMPEL INDEPENDENT MENTAL EXAMINATION OF PLAINTIFF ARIA RAZBAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35**

4.     4.     **DECLARATION OF DR. RENEE L. BINDER IN SUPPORT OF DEFENDANTS VAXGEN, INC. AND LISA BROOKS' <u>UNOPPOSED</u> MOTION TO COMPEL INDEPENDENT MENTAL EXAMINATION OF PLAINTIFF ARIA RAZBAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35**

5.     5.     **[PROPOSED] ORDER GRANTING DEFENDANTS VAXGEN AND LISA BROOKS' <u>UNOPPOSED</u> MOTION TO COMPEL INDEPENDENT MENTAL EXAMINATION OF PLAINTIFF ARIA RAZBAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

[X] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

PROOF OF SERVICE BY MAIL RE: NOTICE OF REMOVAL & SUPPORTING DOCUMENTS     -2-

1  Ira Leshin, Esq.
   LAW OFFICES OF IRA LESHIN
2  220 Sansome Street, 6th Floor
   San Francisco, CA 94104
3  Tel: (415) 398-3950
   Fax: (415) 398-1567
4  email: iraleshin@aol.com

5  Executed on April 10, 2008, at San Francisco, California.

6

7                                              _____
                                                      Kathy A. Eudaley
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE BY MAIL RE: NOTICE OF REMOVAL & SUPPORTING DOCUMENTS                    -3-