1  LAW OFFICES OF IRA LESHIN
   IRA LESHIN (139768)
2  200 Sansome Street, 6th Floor
   San Francisco, CA 94104
3  Telephone:   (415) 398-3950
   Facsimile:   (415) 398-1567
4
   Attorney for Plaintiff
5  ARIA RAZBAN

6  COOLEY GODWARD KRONISH LLP
   GREGORY C. TENHOFF (154553)
7  LISA BARNETT SWEEN (191155)
   ELIZA HOARD (238276)
8  Five Palo Alto Square
   3000 El Camino Real
9  Palo Alto, CA 94306-2155
   Telephone:   (650) 843-5000
10 Facsimile:   (650) 849-7400

11 Attorneys for Defendants
   VAXGEN, INC. and LISA BROOKS
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16 | ARIA RAZBAN,                                | No. C 07-03136 JL
17 |        Plaintiff,                           | **Stipulation to Extend Deadline to Exchange Expert Disclosures and Expert Discovery Cutoff; [Proposed] Order**
18 | v.                                          |
19 | VAXGEN, INC., a Delaware corporation,       | Complaint Filed:        January 19, 2007
20 | LISA BROOKS, and DOES 1 through 50,         | First Am. Complt. Filed:   May 15, 2007
   | inclusive,                                  | First Am. Complt. Served:  June 1, 2007
21 |        Defendants.                          | Answer Filed/Served:    June 13, 2007

22
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIP. TO EXTEND DEADLINE TO EXCHANGE EXPERT DISCLOSURES & EXPERT DISCOVERY CUTOFF; ORDER   1.
CASE NO. C 07-03136 JL

1  Pursuant to Rule 29 of the Federal Rules of Civil Procedure, Plaintiff Aria Razban and
2  Defendants VaxGen, Inc. and Lisa Brooks, through their counsel of record, hereby stipulate to
3  extend the deadline to exchange expert disclosures from May 1, 2008 to June 2, 2008. The
4  parties further hereby stipulate to extend the expert discovery deadline from August 21, 2008 to
5  September 22, 2008.

6  The parties are continuing to conduct non-expert discovery, and will attend a continued
7  Early Neutral Evaluation ("ENE") session on May 5, 2008. Therefore, in light of the upcoming
8  ENE session, the parties request an Order from the Court granting a short extension of the
9  deadline to exchange expert disclosures and extending the expert discovery deadline.

10  Dated: April 29, 2008              LAW OFFICES OF IRA LESHIN

11                                     By: /s/ Ira Leshin
12                                          Ira Leshin

13                                     Attorney for Plaintiff ARIA RAZBAN

14

15  Dated: April 29 2008               COOLEY GODWARD KRONISH LLP

16                                     By: /s/ Eliza Hoard
17                                          Eliza Hoard

18                                     Attorneys for Defendants
                                       VAXGEN, INC. and LISA BROOKS
19

20  **IT IS SO ORDERED:**

21  Dated: _____, 2008       _____
22                                     Honorable James Larson
                                       United States Magistrate Judge
23

1085624/SF

STIP. TO EXTEND DEADLINE TO EXCHANGE EXPERT DISCLOSURES & EXPERT DISCOVERY CUTOFF; ORDER    2.
CASE NO. C 07-03136 JL