LAW OFFICES OF IRA LESHIN
IRA LESHIN (139768)
200 Sansome Street, 6th Floor
San Francisco, CA 94104
Telephone:    (415) 398-3950
Facsimile:    (415) 398-1567

Attorney for Plaintiff
ARIA RAZBAN

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
LISA BARNETT SWEEN (191155)
ELIZA HOARD (238276)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIA RAZBAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VAXGEN, INC., a Delaware corporation, LISA BROOKS, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | No. C 07-03136 JL<br><br>**STIPULATION TO EXTEND DEADLINE TO EXCHANGE EXPERT DISCLOSURES AND EXPERT DISCOVERY CUTOFF; [PROPOSED] ORDER**<br><br>Complaint Filed:　　　January 19, 2007<br>First Am. Complt. Filed:　May 15, 2007<br>First Am. Complt. Served:　June 1, 2007<br>Answer Filed/Served:　　June 13, 2007 |

///

///

///

///

///

///

STIP. TO EXTEND DEADLINE TO EXCHANGE EXPERT DISCLOSURES & EXPERT DISCOVERY CUTOFF; ORDER    1.
CASE NO. C 07-03136 JL

1  Pursuant to Rule 29 of the Federal Rules of Civil Procedure, Plaintiff Aria Razban and
2  Defendants VaxGen, Inc. and Lisa Brooks, through their counsel of record, hereby stipulate to
3  extend the deadline to exchange expert disclosures from May 1, 2008 to June 2, 2008. The
4  parties further hereby stipulate to extend the expert discovery deadline from August 21, 2008 to
5  September 22, 2008.

6  The parties are continuing to conduct non-expert discovery, and will attend a continued
7  Early Neutral Evaluation ("ENE") session on May 5, 2008. Therefore, in light of the upcoming
8  ENE session, the parties request an Order from the Court granting a short extension of the
9  deadline to exchange expert disclosures and extending the expert discovery deadline.

Dated: April 29, 2008

LAW OFFICES OF IRA LESHIN

By: /s/ Ira Leshin
Ira Leshin

Attorney for Plaintiff ARIA RAZBAN

Dated: April 29, 2008

COOLEY GODWARD KRONISH LLP

By: /s/ Eliza Hoard
Eliza Hoard

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

**IT IS SO ORDERED:**

Dated: April 30, 2008

/s/ James Larson
Honorable James Larson
United States Magistrate Judge

1085624/SF