# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Razban<br><br>            Plaintiff(s),<br><br>     v.<br><br>Vaxgen, Inc.<br><br>            Defendant(s). | No. C 07-03136 JL ENE<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.  I hereby certify that the parties in this matter held an ENE session on **May 5, 2008**

2.  Did the case settle?     **No.**

3.  If the case did not settle fully, is any follow-up contemplated?

    another session scheduled for

    phone discussions expected by

    **X** no

**4.   IS THIS ADR PROCESS COMPLETED?     Yes.**

Dated:    5/6/2008                              /s/
                                                **Evaluator**, **Lynne C. Hermle**
                                                Orrick Herrington & Sutcliffe
                                                1020 Marsh Road
                                                Menlo Park, CA 94025

**Certification of ADR Session**
07-03136 JL ENE