| | |
|---|---|
| 1 | LAW OFFICES OF IRA LESHIN |
|   | IRA LESHIN (139768) |
| 2 | 200 Sansome Street, 6th Floor |
|   | San Francisco, CA  94104 |
| 3 | Telephone:    (415) 398-3950 |
|   | Facsimile:    (415) 398-1567 |
| 4 | |
|   | Attorney for Plaintiff |
| 5 | ARIA RAZBAN |
| 6 | COOLEY GODWARD KRONISH LLP |
|   | GREGORY C. TENHOFF (154553) |
| 7 | LISA BARNETT SWEEN (191155) |
|   | ELIZA HOARD (238276) |
| 8 | Five Palo Alto Square |
|   | 3000 El Camino Real |
| 9 | Palo Alto, CA  94306-2155 |
|   | Telephone:    (650) 843-5000 |
| 10 | Facsimile:    (650) 849-7400 |
| 11 | Attorneys for Defendants |
|    | VAXGEN, INC. and LISA BROOKS |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ARIA RAZBAN, | | No. C 07-03136 JL |
| | Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41 (A)(1)** |
| v. | | |
| VAXGEN, INC., a Delaware corporation, LISA BROOKS, and DOES 1 through 50, inclusive, | | |
| | Defendants. | |

///

///

///

///

///

STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 41 (A)(1) - CASE NO. C 07-03136 JL    1

1  Plaintiff, Aria Razban, by and through her attorney of record, Ira Leshin, and Defendants,
2  VAXGEN, INC. AND LISA BROOKS, by and through their attorneys of record, Gregory C.
3  Tenhoff, of the law offices of COOLEY GODWARD KRONISH, LLP, hereby agree and
4  stipulate to a dismissal with prejudice of the entire above entitled action with each side to bear
5  their own attorneys fees, litigation costs and expenses.

Dated: August 15, 2008

LAW OFFICES OF IRA LESHIN

By: _____
Ira Leshin

Attorney for Plaintiff ARIA RAZBAN

Dated: August 20, 2008

COOLEY GODWARD KRONISH LLP

By: _____
Gregory C. Tenhoff

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

IT IS SO ORDERED.

Dated: _____

_____
Honorable James Larson
United States Magistrate Judge

STIPULATION OF DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 41 (A)(1) - CASE NO. C 07-03136 JL      2.