| | |
|---|---|
| 1 | LAW OFFICES OF IRA LESHIN |
|   | IRA LESHIN (139768) |
| 2 | 200 Sansome Street, 6th Floor |
|   | San Francisco, CA 94104 |
| 3 | Telephone:   (415) 398-3950 |
|   | Facsimile:    (415) 398-1567 |
| 4 | |
|   | Attorney for Plaintiff |
| 5 | ARIA RAZBAN |
| 6 | COOLEY GODWARD KRONISH LLP |
|   | GREGORY C. TENHOFF (154553) |
| 7 | LISA BARNETT SWEEN (191155) |
|   | ELIZA HOARD (238276) |
| 8 | Five Palo Alto Square |
|   | 3000 El Camino Real |
| 9 | Palo Alto, CA 94306-2155 |
|   | Telephone:   (650) 843-5000 |
| 10 | Facsimile:    (650) 849-7400 |
| 11 | Attorneys for Defendants |
|    | VAXGEN, INC. and LISA BROOKS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ARIA RAZBAN, | | No. C 07-03136 JL |
| | Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41 (A)(1)** |
| v. | | |
| VAXGEN, INC., a Delaware corporation, LISA BROOKS, and DOES 1 through 50, inclusive, | | |
| | Defendants. | |

///

///

///

///

///

Plaintiff, Aria Razban, by and through her attorney of record, Ira Leshin, and Defendants, VAXGEN, INC. AND LISA BROOKS, by and through their attorneys of record, Gregory C. Tenhoff, of the law offices of COOLEY GODWARD KRONISH, LLP, hereby agree and stipulate to a dismissal with prejudice of the entire above entitled action with each side to bear their own attorneys fees, litigation costs and expenses.

Dated: August 15, 2008

LAW OFFICES OF IRA LESHIN

By: _____
Ira Leshin

Attorney for Plaintiff ARIA RAZBAN

Dated: August 20, 2008

COOLEY GODWARD KRONISH LLP

By: _____
Gregory C. Tenhoff

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

**IT IS SO ORDERED.**

Dated: August 22, 2008

_____
Honorable James Larson
United States Magistrate Judge