COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
LISA BARNETT SWEEN (191155)
ELIZA HOARD (238276)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIA RAZBAN,<br><br>Plaintiff,<br><br>v.<br><br>VAXGEN, INC., a Delaware corporation, LISA BROOKS, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. C 07-03136 JL<br><br>**NOTICE OF ENTRY OF ORDER RE DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP RULE 77(d)(1)** |

**TO PLAINTIFF ARIA RAZBAN AND HER ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on August 22, 2008, the Court signed and entered the

Order re Dismissal of Entire Action Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

A copy of the Order is attached hereto as Exhibit A.

Dated: September 3, 2008

COOLEY GODWARD KRONISH LLP

By: _Eliza Hoard_

Eliza Hoard

Attorneys for Defendants
VAXGEN, INC. and LISA BROOKS

1101802/SF

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am a citizen of the United States and a resident of the State of California.  I am |
| 3 | employed in San Francisco County, State of California, in the office of a member of the bar of |
| 4 | this Court, at whose direction the service was made.  I am over the age of eighteen years, and |
| 5 | not a party to the within action.  My business address is Cooley Godward Kronish LLP, 101 |
| 6 | California Street, 5th Floor, San Francisco, California  94111-5800.  My email address is |
| 7 | keudaley@cooley.com.  On the date set forth below I served the document described below in |
| 8 | the manner described below: |

9  **NOTICE OF ENTRY OF ORDER RE DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP RULE 77(D)(1)**

10  ☒  (BY U.S. MAIL) I am personally and readily familiar with the business practice of
11  Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.
12

13  ☐  (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

14  ☐  (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to
15  be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.
16

17  ☐  (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described
18  herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

19  ☒  (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of
20  documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties
21  listed below.

22  on the following parties in this action:

23  //

24  //

25  //

26  //

27  //

28  //

1   Ira Leshin, Esq.
    LAW OFFICES OF IRA LESHIN
2   220 Sansome Street, 6th Floor
    San Francisco, CA 94104
3

4        Executed on September 3, 2008, at San Francisco, California.

5

6                                          *Kathy Eudaley*
                                          _____
7                                              Kathy A. Eudaley

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT  A**

1    LAW OFFICES OF IRA LESHIN
     IRA LESHIN (139768)
2    200 Sansome Street, 6th Floor
     San Francisco, CA  94104
3    Telephone:    (415) 398-3950
     Facsimile:    (415) 398-1567
4
     Attorney for Plaintiff
5    ARIA RAZBAN

6    COOLEY GODWARD KRONISH LLP
     GREGORY C. TENHOFF (154553)
7    LISA BARNETT SWEEN (191155)
     ELIZA HOARD (238276)
8    Five Palo Alto Square
     3000 El Camino Real
9    Palo Alto, CA  94306-2155
     Telephone:    (650) 843-5000
10   Facsimile:    (650) 849-7400

11   Attorneys for Defendants
     VAXGEN, INC. and LISA BROOKS
12

13                     UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17   ARIA RAZBAN,                        No. C 07-03136 JL

18              Plaintiff,               **STIPULATION FOR DISMISSAL OF ENTIRE
                                         ACTION PURSUANT TO FEDERAL RULES
19        v.                             OF CIVIL PROCEDURE RULE 41 (A)(1)**

20   VAXGEN, INC., a Delaware corporation,
     LISA BROOKS, and DOES 1 through 50,
21   inclusive,

22              Defendants.

23   ///

24   ///

25   ///

26   ///

27   ///
                                                    EXHIBIT " A "
28

STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 41 (A)(1) - CASE NO. C 07-03136 JL    1

1      Plaintiff, Aria Razban, by and through her attorney of record, Ira Leshin, and Defendants,

2  VAXGEN, INC. AND LISA BROOKS, by and through their attorneys of record, Gregory C.

3  Tenhoff, of the law offices of COOLEY GODWARD KRONISH, LLP, hereby agree and

4  stipulate to a dismissal with prejudice of the entire above entitled action with each side to bear

5  their own attorneys fees, litigation costs and expenses.

6

7  Dated:   August 15, 2008              LAW OFFICES OF IRA LESHIN

8                                   By: _____

9                                        Ira Leshin

10                     Attorney for Plaintiff ARIA RAZBAN

11

12  Dated:   August 20, 2008             COOLEY GODWARD KRONISH LLP

13                                   By: _____

14                                  Gregory C. Tenhoff

15                     Attorneys for Defendants

16                     VAXGEN, INC. and LISA BROOKS

17

18  **IT IS SO ORDERED.**

19  Dated:   August 22, 2008         _____

20                     Honorable James Larson
                         United States Magistrate Judge

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 41 (A)(1) - CASE NO. C 07-03136 JL    2.